B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**James Crystal, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**65-1129778** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2100 Park Central Blvd., North**<br>**Suite 100**<br>**Pompano Beach, FL**    ZIP Code **33064** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Chapter 11 Debtors**

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | James Crystal, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **James Crystal, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  **/s/ Chad P. Pugatch, Esq. FL Bar No.**<br>Signature of Attorney for Debtor(s)<br><br>**Chad P. Pugatch, Esq. FL Bar No. 220582**<br>Printed Name of Attorney for Debtor(s)<br><br>**Rice Pugatch Robinson & Schiller, P.A.**<br>Firm Name<br><br>**101 NE Third Avenue**<br>**Suite 1800**<br>**Fort Lauderdale, FL 33301**<br>Address<br><br>Email: cpugatch@rprslaw.com<br>**954-462-8000  Fax: 954-462-4300**<br>Telephone Number<br><br>**January 29, 2014**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  **/s/ James W. Hilliard**<br>Signature of Authorized Individual<br><br>**James W. Hilliard**<br>Printed Name of Authorized Individual<br><br>**Vice President**<br>Title of Authorized Individual<br><br>**January 29, 2014**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **James Crystal, Inc.**                                    Case No.
                                         Debtor(s)                Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AMERICAN TOWER CORP**<br>**P O BOX 30000**<br>**DEPT 5305**<br>**Hartford, CT 06150-5305** | **AMERICAN TOWER CORP**<br>**P O BOX 30000**<br>**DEPT 5305**<br>**Hartford, CT 06150-5305** | **Tower Rental Fee for WFLL** | | 88,164.01 |
| **American United Life Insurance**<br>**One America Square**<br>**Indianapolis, IN 46206** | **American United Life Insurance**<br>**One America Square**<br>**Indianapolis, IN 46206** | **401k Loan/Deposit** | | 84,192.13 |
| **ASCAP**<br>**P O BOX 70547**<br>**Chicago, IL 60673-0547** | **ASCAP**<br>**P O BOX 70547**<br>**Chicago, IL 60673-0547** | **Music License Fees** | **Disputed** | 83,452.71 |
| **BROADCAST MUSIC INC**<br>**P O BOX 630893**<br>**Cincinnati, OH 45263-0893** | **BROADCAST MUSIC INC**<br>**P O BOX 630893**<br>**Cincinnati, OH 45263-0893** | **Music License Fees** | **Disputed** | 222,633.63 |
| **CHRISTINE D HANLEY & ASSOC PA**<br>**1000 SOUTHERN BLVD**<br>**2ND FLOOR**<br>**West Palm Beach, FL 33405** | **CHRISTINE D HANLEY & ASSOC PA**<br>**1000 SOUTHERN BLVD**<br>**2ND FLOOR**<br>**West Palm Beach, FL 33405** | **Attorney's Fees** | | 65,560.57 |
| **DAVID L GORMAN PA**<br>**618 US HWY ONE SUITE 303**<br>**North Palm Beach, FL 33408** | **DAVID L GORMAN PA**<br>**618 US HWY ONE SUITE 303**<br>**North Palm Beach, FL 33408** | **Attorney's Fees** | | 157,198.40 |
| **Federal Communications Commission**<br>**445 12th Street, SW**<br>**Washington, DC 20554** | **Federal Communications Commission**<br>**445 12th Street, SW**<br>**Washington, DC 20554** | **Annual Regulatory License Fees** | | 86,940.00 |
| **GARVEY SCHUBERT & BARER**<br>**5TH FLOOR MILL BLDG**<br>**1000 POTOMAC STREET NW**<br>**Washington, DC 20007** | **GARVEY SCHUBERT & BARER**<br>**5TH FLOOR MILL BLDG**<br>**1000 POTOMAC STREET NW**<br>**Washington, DC 20007** | **Attorney's Fees** | | 400,056.56 |
| **HAILE SHAW & PFAFFENBERGER PA**<br>**11780 US HWY ONE #300**<br>**North Palm Beach, FL 33408** | **HAILE SHAW & PFAFFENBERGER PA**<br>**11780 US HWY ONE #300**<br>**North Palm Beach, FL 33408** | **Attorney's Fees** | | 468,939.83 |

B4 (Official Form 4) (12/07) - Cont.

In re  **James Crystal, Inc.**                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **HARRIS CORP**<br>**P O BOX 96776**<br>**Chicago, IL 60693** | **HARRIS CORP**<br>**P O BOX 96776**<br>**Chicago, IL 60693** | **Broadcasting Equipment** | | **60,645.39** |
| **Internal Revenue Service**<br>**c/o C Rhodes**<br>**7850 SW 6th Court**<br>**Stop 5200**<br>**Fort Lauderdale, FL 33324** | **Internal Revenue Service**<br>**7850 SW 6th Court**<br>**Stop 5420**<br>**Fort Lauderdale, FL 33324** | **Payroll Taxes** | | **861,009.92** |
| **JOHN R AMES, CTA**<br>**P O BOX 139066**<br>**Dallas, TX 75313-9066** | **JOHN R AMES, CTA**<br>**P O BOX 139066**<br>**Dallas, TX 75313-9066** | **Dalls County Tax Collector** | | **102,970.86** |
| **MARK O HUBBARD**<br>**10 MELVILLE CT**<br>**Lenox, MA 01240-2588** | **MARK O HUBBARD**<br>**10 MELVILLE CT**<br>**Lenox, MA 01240-2588** | **Consulting Fees** | | **109,367.36** |
| **NM TAXATION & REVENUE DEPT**<br>**P O BOX 25128**<br>**Santa Fe, NM 87504-5128** | **NM TAXATION & REVENUE DEPT**<br>**P O BOX 25128**<br>**Santa Fe, NM 87504-5128** | **Witholding & Sales Taxes** | | **25,356.51** |
| **POTTER ANDERSON & CORROON**<br>**P O BOX 951**<br>**Wilmington, DE 19899** | **POTTER ANDERSON & CORROON**<br>**P O BOX 951**<br>**Wilmington, DE 19899** | **Attorney's Fees** | | **475,301.20** |
| **SALEM RADIO PROPERTIES**<br>**4880 SANTA ROSA ROAD**<br>**Camarillo, CA 93012** | **SALEM RADIO PROPERTIES**<br>**4880 SANTA ROSA ROAD**<br>**Camarillo, CA 93012** | **Land Site Rental Fees** | **Disputed** | **18,751.68** |
| **SCOTT SMITH FAMILY REVOCABLE**<br>**1992 TRUST**<br>**3300 KARCHNER ROAD**<br>**Sheridan, CA 95681** | **SCOTT SMITH FAMILY REVOCABLE**<br>**1992 TRUST**<br>**3300 KARCHNER ROAD**<br>**Sheridan, CA 95681** | **Note on Loan** | | **52,857.16** |
| **SESAC INC**<br>**PO Box 900013**<br>**Raleigh, NC 27675-9013** | **SESAC INC**<br>**PO Box 900013**<br>**Raleigh, NC 27675-9013** | **Music License Fees** | | **22,029.95** |
| **SMITH KATZENSTEIN FURLOW LLP**<br>**P O BOX 410**<br>**Wilmington, DE 19899** | **SMITH KATZENSTEIN FURLOW LLP**<br>**P O BOX 410**<br>**Wilmington, DE 19899** | **Attorney's Fees** | | **198,167.48** |
| **TAX COLLECTOR PB COUNTY**<br>**P O BOX 3353**<br>**West Palm Beach, FL 33402-3353** | **TAX COLLECTOR PB COUNTY**<br>**P O BOX 3353**<br>**West Palm Beach, FL 33402-3353** | **Real & Tangible Property Taxes** | | **103,604.24** |

B4 (Official Form 4) (12/07) - Cont.

In re  **James Crystal, Inc.**                                      Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 29, 2014**                    Signature  **/s/ James W. Hilliard**
                                                         **James W. Hilliard**
                                                         **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
AAC UNITED FIRE AND SAFETY
305 SW 15 AVE
Pompano Beach, FL 33069


ADAM SCHEFTER INC
645 MOTTS COVE RD N
ROSLYN HARBOR, NY 11576


AIR PLUS
P O Box 1328
Port Salerno, FL 34992


ALZUGARAY, ORLANDO
6402 SW 158 PASS
MIAMI, FL 33193


AMERICAN TOWER CORP
P O BOX 30000
DEPT 5305
Hartford, CT 06150-5305


AMERICAN UNITED LIFE INSURANCE
ATTN: ACCT/CONTROL
5761 RELIABLE PARKWAY
CHICAGO, IL 60686-0054


American United Life Insurance
One America Square
Indianapolis, IN 46206


ART PLUMBING  AIR CONDITIONING
12438 WILES ROAD
CORAL SPRINGS, FL 33076


ASCAP
P O BOX 70547
Chicago, IL 60673-0547


AT & T
P O BOX 105262
Atlanta, GA 30348-5262


AT & T - PRO CABS
600 NORTH POINT PKWY
Alpharetta, GA 30005
```

```
ATALAYA CAPITAL MANAGEMENT
780 THIRD AVENUE 27TH FLOOR
ATTN:ALEX WANG
New York, NY 10017


Atalaya Special Opportunities
Fund IV, LP
780 Third Avenue
27th Floor
New York, NY 10017


Atalaya Special Opportunities Fund
(Cayman) IV, LP
780 Third Avenue
27th Floor
New York, NY 10017


BARSKY, PAUL
7916 RED MAHOGANY R
Boynton Beach, FL 33437-7530


BELL, MATTHEW A
20458 NE 34 CT
AVENTURA, FL 33180-1650


BERTOLINO, JEANNE M
132 N 13 PL
Lake Worth, FL


BLUE CROSS BLUE SHIELD OF FLA.
1310 G.Street, NW
Washington, DC 20005


BROADCAST MUSIC INC
P O BOX 630893
Cincinnati, OH 45263-0893


BROWARD COUNTY REVENUE COLLECT
1800 NW 66TH AVE STE 100
Fort Lauderdale, FL 33313-4523


Broward County Revenue Collector
115 S. Andrew Avenue
Fort Lauderdale, FL 33301
```


```
BROWN, JORDAN A.
3807 TURTLE RUN BLV
APT 1623
CORAL SPRINGS, FL 33067


BURCHETT, DANNY E
1207 WINIFRED, APT 18
GARLAND, TX 75041


CAMPBELL, GERRARD W
1801 WATERVIEW CIRC
PALM SPRINGS, FL 33461-6409


CHRISTINE D HANLEY & ASSOC PA
1000 SOUTHERN BLVD
2ND FLOOR
West Palm Beach, FL 33405


CIT TECHNOLOGY FIN SERV INC
21146 NETWORK PLACE
Chicago, IL 60673-1211


CITRON, ELIOT S
5602 SW 98TH WAY
COOPER CITY, FL 33328


COLSON, LISA J
6724 NW 29TH WAY
Fort Lauderdale, FL 33309


COMCAST
PO BOX 530098
Atlanta, GA 30353-0098


COMMFUNCTION LLC
PO BOX 1521
Port Salerno, FL 34992


COURANT, SCOTT A
10938 N DANBURY WAY
Boca Raton, FL 33498


CT CORPORATION
P O BOX 4349
Carol Stream, IL 60197-4349
```

```
CURTIS, KAREN
831 SE 22 AVE
APT 22
POMPANO BEACH, FL 33062


DAN J. ALPERT, ESQ.
2120 N 21ST RD
ARLINGTON, VA 22201


DAVID L GORMAN PA
618 US HWY ONE SUITE 303
North Palm Beach, FL 33408


DAVID WARREN HYDE
1631 TIGERTAIL AVE
MIAMI, FL 33133


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P O BOX 74072
Baltimore, MD 21274-4072


du TREIL, LUNDIN & RACKLEY INC
201 FLETCHER AVENUE
Sarasota, FL 34237-6019


DUKE REALTY LP
ATTN: PBPC1003
75 REMITTANCE DRIVE STE 1477
Chicago, IL 60675-1477


EISENBERG, MARC E
11051 NW 19 STREET
CORAL SPRINGS, FL 33071


EXPERT BROADCAST ELECTRONICS
1749 CONCORD CIRCLE
Carrollton, TX 75007-2609


FAZIO, ANTHONY V
5860 NW 64 AVE
#312
TAMARAC, FL 33319
```

Federal Communications Commission
445 12th Street, SW
Washington, DC 20554


FLORIDA COMBINED LIFE
P O BOX 6000
Columbia, SC 29260


FORSYTH, BRENNAN M
11114 NW 38 ST
SUNRISE, FL 33351


FORUM PUBLISHING GROUP INC
P O BOX 100773
Atlanta, GA 30384-0773


FUENTES, STACEY HAY
6130 ALOMA LANE
BOCA RATON, FL 33433


FUSION INNOVATIVE MARKETING
11100 SANRA MONICA BLVD #210
Los Angeles, CA 90025


GARCIA, DANIEL E
11745 SW 119 PL RD
Miami, FL 33186


GARCIA, DIONISIO
2803 SW 142 PL
Miami, FL 33175


GARVEY SCHUBERT & BARER
5TH FLOOR MILL BLDG
1000 POTOMAC STREET NW
Washington, DC 20007


GLADES GAS & ELECTRIC CORP
5 WEST AVENUE A
Belle Glade, FL 33430


GREENEY, MATTHEW
6724 NW 29TH WAY
Fort Lauderdale, FL 33309

HAILE SHAW & PFAFFENBERGER PA
11780 US HWY ONE #300
North Palm Beach, FL 33408


HANK GOLDBERG
4000 ISLAND BLVD #404
AVENTURA, FL 33160


HARRIS CORP
P O BOX 96776
Chicago, IL 60693


HERBERT, ANDREW L.
1200 MARINE WAY
#B908
North Palm Beach, FL 33408


HERSEY, RONALD W
13901 SW 31ST STREE
DAVIE, FL 33330


HERSHMAN, NOAH
3039 N Evergreen Ci
Boynton Beach, FL 33426


HILLIARD, JAMES C
2100 Park Central Blvd N
Ste 100
POMPANO BEACH, FL 33064


HILLIARD, JAMES W
627 SW 2 AVE
Pompano Beach, FL 33064


HINDES, RICHARD C
3557 CYPRESS WOOD C
Lake Worth, FL 33467


HOLLEY, CHRISTOPHER
717 NW 135 AVE
PEMBROKE PINES, FL 33028


HOMETOWN FORCAST SERVICES INC
1 CHESTNUT STREET
NASHUA, NH 03060

```
INFINITY SOUND PRODUCTION
4661 SW 71 Ave
Miami, FL 33155


Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
c/o C Rhodes
7850 SW 6th Court
Stop 5200
Fort Lauderdale, FL 33324


James Crystal Entity
2100 Park Central Blbd., North
Suite 100
Pompano Beach, FL 33064


JILL S SCHWARTZ & ASSOCIATES
180 PARK AVENUE NORTH #200
Winter Park, FL 32789


John C. Hillard
2100 Park Central Blvd., North
Suite 100
Pompano Beach, FL 33064


JOHN CROTTY 22 LLC
685 DESTACADA AVE
CORAL GABELS, FL 33156


JOHN R AMES, CTA
P O BOX 139066
Dallas, TX 75313-9066


JOHNS, GEORGE A
2100 Park Central B
Pompano Beach, FL 33064


JON LINDER
20300 WEST COUNTRY CLUB DR
#105-3
AVENTURA, FL 33180
```

```
JONES FOSTER JOHNSON & STUBBS
Flagler Center Tower, Ste 1100
505 South Flagler Drive
West Palm Beach, FL 33401


K & S SOD
317 NE 3RD STREET
Belle Glade, FL 33430


KAREN CURTIS
947 SE 22 Ave Apt A
Pompano Beach, FL 33062


KAUFMAN, JOYCE H
2305 Lucaya Lane
#M2
Pompano Beach, FL 33066-1112


KIEFER, GERALD E
3724 OATES DRIVE
#203
MESQUITE, FL 75150


Kozyak Tropin & Throckmorton, P.A.
c/o Detre Shaw-Wilder, Esq.
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134


KRONE, LINDA S
6542 GRAND ORCHID W
Delray Beach, FL 33446


LAPA, STEVEN
9 WYCLIFF ROAD
PALM BEACH GARDENS, FL 33418


LAW OFFICE OF FRANCES D SHEEHY
5481 WILES ROAD STE 502
COCONUT CREEK, FL 33073


LAW OFFICE OF HARRY J. ROSS
6100 GLADES RD, SUITE 211
BOCA RATON, FL 33434
```

LENGYEL, ERIK T
2720 N 72ND AVENUE
Hollywood, FL 33024


LEONARD, PETER
6335 LONGBOAT LANE
APT E-104
BOCA RATON, FL 33433


LEVY, ROSS S
9816D BOCA GARDENS CIR N
Boca Raton, FL 33496


LEWIS, RICHARD C
2212 MCKINLEY AVENU
Hollywood, FL 33020


M KARL SHURTLIFF LAW OFFICE
800 W STATE ST
BOISE, ID 83702


MARK O HUBBARD
10 MELVILLE CT
Lenox, MA 01240-2588


MARLEY, JULIE
5339 NW 120 Avenue
Coral Springs, FL 33076


MATLOCK, CASEY O
7773 ERL Thornton Freeway
Apt 173
DALLAS, TX 75228


McGAVREN GUILD MEDIA
1675 PALM BCH LAKES BLVD #1000
West Palm Beach, FL 33401


McKENNEY, MAYA D.
701 NW 214 St
Apt 410
Miami, FL 33169

```
MICHAEL VANHOOSER
PO BOX 740482
Dallas, TX 75374


MILLER KAPLAN ARASE & CO LLP
4123 LANKERSHIM BLVD
North Hollywood, CA 91602-2828


NM TAXATION & REVENUE DEPT
P O BOX 25128
Santa Fe, NM 87504-5128


Palm Beach County Tax Collector
PO Box 3353
West Palm Beach, FL 33402


Perkins Coie, LLP
c/o Gary F. Eisenberg, Esq.
30 Rockefeller Plaza
22nd Floor
New York, NY 10112


PHASETEK, INC.
550 CALIFORNIA ROAD UNIT 11
Quakertown, PA 18951


PITNEY BOWES
P O BOX 371887
Pittsburgh, PA 15250-7887


PITNEY BOWES PURCHASE POWER
P O BOX 371874
Pittsburgh, PA 15250-7874


POTTER ANDERSON & CORROON
P O BOX 951
Wilmington, DE 19899


R-COM INC
6331 PINE DRIVE
Lake Worth, FL 33462-2632


RABINOWITZ, RICHARD
PO BOX 8052
DELRAY BEACH, FL 33482
```

```
RADIO MUSIC LICENSE COMMITTEE
P O BOX 34655
Newark, NJ 07189-4655


RADIOTVLAW ASSOCIATES LLC
ANTHONY T LEPORE
4101 ALBERMARLE STREET NW #324
Washington, DC 20016-2151


REGIONS INSURANCE INC.
PO BOX  2224
Kokomo, IN 46904-2224


RIOS, MARK A
7150 E GRAND AVE
APT 714
DALLAS, TX 75223-3658


RODRIGUEZ, BRANDON
8730 NW 48TH COURT
LAUDERHILL, FL 33351


ROSENBERG, SIDNEY F
19168 SKYRIDGE CIRC
BOCA RATON, FL 33498


SALEM RADIO PROPERTIES
4880 SANTA ROSA ROAD
Camarillo, CA 93012


SCOTT SMITH FAMILY REVOCABLE
1992 TRUST
3300 KARCHNER ROAD
Sheridan, CA 95681


SCOTT TRAFFIC LLC
307 BROWN STREET
WAXAHACHIE, TX 75165


SESAC INC
PO Box 900013
Raleigh, NC 27675-9013
```

```
SHELTON MEDIA
305 BLACKBERRY LANE
Manchester, TN 37355


SILVERSTEIN, LINDA
720 PENN STREET
West Palm Beach, FL 33401


SKIDMORE, GRANT
13850 NW 23RD STREE
PEMBROKE PINES, FL 33028


SMITH KATZENSTEIN FURLOW LLP
P O BOX 410
Wilmington, DE 19899


SOUTHEAST TOYOTA FINANCE
MAILDROP WOFMB119
PO BOX 91656
Mobile, AL 36691-1656


SPRINT CELLPHONES
PO Box 4191
Carol Stream, IL 60197


STAR FARMS CORP
P O BOX 2001
Hollywood, FL 33022


STARSON, PARKER
7440 SW 42 CT
DAVIE, FL 33314


STATE COMPTROLLER TEXAS
111 E 17TH STREET
Austin, TX 78774-0100


STUART R. MICHELSON
800  SOUTHEAST THIRD AVE
FORTH FLOOR
Fort Lauderdale, FL 33316


SYSTEM ELECTRIC COMPANY
1278 MONTALVO WAY
Palm Springs, CA 92262
```

```
TAX COLLECTOR PB COUNTY
P O BOX 3353
West Palm Beach, FL 33402-3353


THOMAS J WOOLLEY JR
P O DRAWER 1457
Boynton Beach, FL 33425


THOMAS JICHA
7411 SW 132nd AVE
MIAMI, FL 33183


TOWER COMMUNICATIONS
3391 NE 6 TERR
POMPANO BEACH, FL 33064


TRADEFIRST.COM
1480 SW 3RD STREET #7
Pompano Beach, FL 33069-4709


TXU ENERGY
P O BOX 650638
Dallas, TX 75265-0638


WCBS NEWSRADIO 880
PO BOX 33103
NEWARK, NJ 07188-0103


WINDSTREAM/PAETEC
P O BOX 9001013
Louisville, KY 40290-1013


XO COMMUNICATIONS
14239 COLLECTIONS CTR DR
CHICAGO, IL 60693


ZEMACH, STEPHEN E
6101 BELMONT PLACE
Boynton Beach, FL 33436
```