UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                                              CASE NUMBER 14-12151-RBR

JAMES CRYSTAL, INC.,                                    JUDGE RAYMOND B. RAY

            Debtor.                                              CHAPTER 11
_____/

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT FOR THE PERIOD FROM
JANUARY 29, 2014 THROUGH FEBRUARY 28, 2014**

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                                              By:  /s/ Chad P. Pugatch
                                                    Chad P. Pugatch, Esq.
                                                      Florida Bar No. 220582

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| James Crystal, Inc. | Rice Pugatch Robinson & Schiller, P.A. |
| 2100 Park Central Blvd., North | 101 NE Third Avenue, Suite 1800 |
| Suite 100 | Ft. Lauderdale, FL 33301 |
| Pompano Beach, FL 33064 | Telephone: 954-468-8000 |
| Telephone: 954-315-1502 | Facsimile: 954-462-4300 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)     Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSMENTS
### FOR THE PERIOD BEGINNING FEBRUARY 1, 2014 AND ENDING FEBRUARY 28, 2014

Name of Debtor: JAMES CRYSTAL, INC.  
Date of Petition: JANUARY 29, 2014  
Case Number: 14-12151-RBR

| | | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---:|---:|
| 1 | FUNDS AT BEGINNING OF PERIOD | | $ 131,972.07 (a) | $ 131,972.07 (b) |
| 2 | RECEIPTS | | | |
| | A | Cash Sales | | |
| | | Minus: Refunds | | |
| | | Net Cash Sales | $ - | $ - |
| | B | Accounts Receivable | $ 275,564.27 | $ 275,564.27 |
| | C | Other Receipts (See MOR-3) | $ 714.12 | $ 714.12 |
| 3 | TOTAL RECEIPTS (Lines 2A+2B+2C) | | $ 276,278.39 | $ 276,278.39 |
| 4 | TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | $ 408,250.46 | $ 408,250.46 |
| 5 | DISBURSMENTS | | | |
| | A | Advertising | | |
| | B | Bank Charges | $ 4,375.96 | $ 4,375.96 |
| | C | Contract Labor | $ 9,379.00 | $ 9,379.00 |
| | D | Fixed Asste Payments (Not Incl. in N) | $ - | $ - |
| | E | Insurance | $ 28,816.08 | $ 28,816.08 |
| | F | Inventory Payments (See Attach. 2) | $ - | $ - |
| | G | Leases | $ - | $ - |
| | H | Manufacturing Supplies | $ - | $ - |
| | I | Office Supplies | $ - | $ - |
| | J | Payroll-Net (See Attachment 4B) | $ 124,560.90 | $ 124,560.90 |
| | K | Professional Fees | $ - | $ - |
| | L | Rent | $ 1,096.97 | $ 1,096.97 |
| | M | Repairs and Maintenance | $ 1,047.77 | $ 1,047.77 |
| | N | Secured Creditor Payments (See Attach.2) | $ - | $ - |
| | O | Taxes Paid-Payroll (See Attachment 4C) | $ 74,183.97 | $ 74,183.97 |
| | P | Taxes Paid-Sales and Use (See Attachemnt 4C) | $ - | $ - |
| | Q | Taxes Paid-Other (See Attachment 4C) | $ - | $ - |
| | R | Telephone | $ 3,244.96 | $ 3,244.96 |
| | S | Travel and Entertainment | $ 3,638.97 | $ 3,638.97 |
| | T | U.S. Trustee Quarterly Fees | $ - | $ - |
| | U | Utilities | $ - | $ - |
| | V | Vehicle Expense | $ 386.47 | $ 386.47 |
| | W | Other Operating Expenses )See MOR-3) | $ 1,690.00 | $ 1,690.00 |
| 6 | TOTAL DISBURSMENTS (Sum of 5A thru W) | | $ 252,421.05 | $ 252,421.05 |
| 7 | ENDING BALANCE (Line 4 Minus Line 6) | | $ 155,829.41 | $ 155,829.41 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and to the best of my knowledge and belief.

This _19_ day of _MARCH_, 2014

_(Signature)_

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| COBRA Payment received | $ 714.12 | $ 714.12 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $ 714.12 | $ 714.12 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| ~~Bounced Check~~ | ~~$ 1,690.00~~ | ~~$ 1,690.00~~ |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $ 1,690.00 | $ 1,690.00 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

# ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: __JAMES CRYSTAL, INC__   Case Number: __14-12151-RBR__

Reporting Period beginning __2/1/2014__   Period ending __2/28/2014__

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 586,651.42 | (a) |
| PLUS: Current Month New Billings | $ ~~317,470.39~~ | |
| MINUS: Collection During the Month | $ (275,564.27) | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ (2,102.45) | * |
| End of Month Balance | $ 626,455.09 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ (c) |

Report was not produced for end of the month period

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: __JAMES CRYSTAL, INC__    Case Number: __14-12151-RBR__

Reporting Period beginning __2/1/2014__    Period ending __2/28/2014__

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition.</u> <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $_____(a) |
| PLUS: New Indebtedness Incurred This Month | $_____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ |
| PLUS/MINUS: Adjustments | $_____ * |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __JAMES CRYSTAL, INC__        Case Number: __14-12151-RBR__

Reporting Period beginning __2/1/2014__        Period ending __2/28/2014__

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | No Inventory |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | _____(a) |
| PLUS: Inventory Purchased During Month | $ | |
| MINUS: Inventory Used or Sold | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $ | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| ____% | ____% | ____% | ____% = | ____100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: __Unknown__ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ $ 921,677.69 | (a)(b) |
| MINUS: Depreciation Expense | $ $ (7,736.00) | |
| PLUS: New Purchases | $ $ - | |
| PLUS/MINUS: Adjustments or Write-downs | $ $ - | * |
| Ending Monthly Balance | $ $ 913,941.69 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: __JAMES CRYSTAL, INC__    Case Number: __14-12151-RBR__

Reporting Period beginning __2/1/2014__    Period ending __2/28/2014__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: __SUNTRUST__    BRANCH: __LIGHTHOUSE POINT__

ACCOUNT NAME: __JAMES CRYSTAL OPERATING__    ACCOUNT NUMBER: __2950__

PURPOSE OF ACCOUNT: __OPERATING__

| | |
|---|---|
| Ending Balance per Bank Statement | $ 71,057.13 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $              **(a) |

*Debit cards are used by __DEBIT CARDS NOT USED__

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ __94,947.44__ Transferred to Payroll Account
$ __61,289.31__ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER-OPERATING ACCOUNT

Name of Debtor:    JAMES CRYSTAL, INC.             Case Number:   14-12151-RBR

Report Period Beginning  02/01/2014                Period ending  02/28/2014

NAME OF BANK    SUNTRUST                           BRANCH:  LIGHTHOUSE POINT

ACCOUNT NAME:   JAMES CRYSTAL, INC. OPERATING ACCOUNT

PURPOSE OF ACCOUNT:  OPERATING

| DATE | CK # | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2/13/2014 | E14029 | SUNTRUST BANK | Payroll transfer | 69,947.44 |
| 2/12/2014 | 002002 | MARCIA DeAMORIM | Cleaning | 250.00 |
| 2/12/2014 | 002003 | MARCIA DeAMORIM | Cleaning supplies | 47.77 |
| 2/14/2014 | 2001 | HANK GOLDBERG | Contract talent | 1,600.00 |
| 2/14/2014 | 002005 | ***Void Check*** |  | 0.00 |
| 2/14/2014 | 002006 | MARCIA DeAMORIM | Cleaning | 250.00 |
| 2/14/2014 | 002007 | HERSEY PRODUCTIONS INC | Production services | 1,050.00 |
| 2/14/2014 | 002008 | 8035 East RLT LP | Rent in Dallas | 1,096.97 |
| 2/14/2014 | 002010 | NOVA ELECTRONICS | Contract engineer in Dallas | 2,679.00 |
| 2/14/2014 | 002011 | BRANDON RODRIGUEZ | Travel expenses | 493.68 |
| 2/17/2014 | 002012 | INFINITY SOUND PRODUCTION | Contract promotion services | 3,000.00 |
| 2/18/2014 | 002013 | ORLANDO ALZUGARAY | Travel expenses | 1,901.64 |
| 2/18/2014 | 002014 | SUNTRUST CONSUMER LOAN PMT | Vehicle | 386.47 |
| 2/24/2014 | 002015 | MARCIA DeAMORIM | Cleaning | 250.00 |
| 2/26/2014 | 002016 | ORLANDO ALZUGARAY | Travel expenses | 1,243.65 |
| 2/28/2014 | 002017 | HERSEY PRODUCTIONS INC | Production services | 1,050.00 |
| 2/28/2014 | 002018 | MARCIA DeAMORIM | Cleaning | 250.00 |
| 2/18/2014 | E14030 | SUNTRUST BANK | Tax Transfer | 27,956.26 |
| 2/19/2014 | E14031 | SUNTRUST BANK | Tax Transfer | 33,333.05 |
| 2/20/2014 | E14032 | SHELBYS | Returned check | 1,690.00 |
| 2/21/2014 | E14033 | AT & T | Telephone | 342.49 |
| 2/24/2014 | E14034 | IMPERIAL PREMIUM FINANCE INC | Insurance | 8,253.40 |
| 2/25/2014 | E14035 | XO COMMUNICATIONS | Telephone | 2,462.07 |
| 2/26/2014 | E14036 | FLORIDA BLUE | Group insurance | 20,562.68 |
| 2/28/2014 | E14037 | SUNTRUST BANK | Payroll transfer | 25,000.00 |
| 2/28/2014 | E14038 | COMCAST | Internet service | 440.40 |

TOTAL                                                                    205,536.97

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: JAMES CRYSTAL, INC　　　　Case Number: 14-12151-RBR

Reporting Period beginning 2/1/2014　　　　Period ending 2/28/2014

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: SUNTRUST　　　　BRANCH: LIGHTHOUSE POINT

ACCOUNT NAME: JAMES CRYSTAL PAYROLL　　　　ACCOUNT NUMBER: 2976

PURPOSE OF ACCOUNT: PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $ 26,267.57 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $                    **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B

## MONTHLY SUMMARY OF BANK ACTIVITY-PAYROLL ACCOUNT

Name of Debtor:     JAMES CRYSTAL, INC.          Case Number:   14-12151-RBR

Report Period Beginning  02/01/2014              Period ending  02/28/2014

NAME OF BANK        SUNTRUST                     BRANCH:   LIGHTHOUSE POINT

ACCOUNT NAME:       JAMES CRYSTAL, INC. PAYROLL ACCOUNT

PURPOSE OF ACCOUNT:  PAYROLL

SUMMARY OF ATTACHED SHEETS

| DATE | CK # | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2/13/2014 | | | | 1,908.47 |
| 2/27/2014 | | | | 1,463.61 |
| 2/27/2014 | | | | 53,058.75 |
| 2/13/2014 | | | | 68,038.97 |
| 2/28/2014 | | | | 91.10 |

**TOTAL**                                                            124,560.90

TOTAL                                                                249,121.80

Itemized payroll available upon request.

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: __JAMES CRYSTAL, INC__      Case Number: __14-12151-RBR__

Reporting Period beginning __2/1/2014__      Period ending __2/28/2014__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: __SUNTRUST__      BRANCH: __LIGHTHOUSE POINT__

ACCOUNT NAME: __JAMES CRYSTAL TAX__   ACCOUNT NUMBER: __2968__

PURPOSE OF ACCOUNT: __TAX__

| | |
|---|---|
| Ending Balance per Bank Statement | $ 7,769.43 |
| Plus Total Amount of Outstanding Deposits | $ - |
| Minus Total Amount of Outstanding Checks and other debits | $ - * |
| Minus Service Charges | $ - |
| Ending Balance per Check Register | $ 7,769.43 **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid by Cash: (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5C

# CHECK REGISTER-TAX ACCOUNT

Name of Debtor:   JAMES CRYSTAL, INC.                Case Number:   14-12151-RBR

Report Period Beginning  02/01/2014                  Period ending   02/28/2014

NAME OF BANK       SUNTRUST                          BRANCH:   LIGHTHOUSE POINT

ACCOUNT NAME:      JAMES CRYSTAL, INC.                                 2968

PURPOSE OF ACCOUNT:  PAYROLL

| DATE | CK # | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2/19/2014 |  | US TAX PAYMENT |  | 25,691.74 |
| 2/20/2014 |  | US TAX PAYMENT |  | 27,928.14 |

**TOTAL**                                                                           **53,619.88**

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | 53,619.88 |
| Sales and Use Taxes Paid | 0.00 |
| Other Taxes Paid | 0.00 |
| **TOTAL** | **53,619.88** |

TOTAL                                                                               188,787.78

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable Instrument — NO INVESTMENT ACCOUNTS — Face Value — Purchase Price — Date of Purchase — Current Market Value

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NO PETTY CASH | | |
| | | | |
| | | | |

TOTAL    $ _____(b)

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation_____

_____

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____
(c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-14

TOTAL                                                                                                 0.00

# ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: _____   Case Number: _____

Reporting Period beginning _____   Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                    $_____

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: __JAMES CRYSTAL, INC__    Case Number: __14-12151-RBR__

Reporting Period beginning __2/1/2014__    Period ending __2/28/2014__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| James C. Hilliard | President | Payroll | 0 |
| James W. Hillaird | VP | Payroll | $ 6,083.34 |
| Richard C. Hindes | VP | Payroll | $ 7,083.34 |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 43 | 5 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 43 | 5 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Regions Insurance | | 35798481 | Gen Liability | 3/1/2015 | 4/1/2014 |
| Regions Insurance | | 735233287 | Auto | 3/1/2015 | 4/1/2014 |
| Regions Insurance | | 79818001 | Umbrella | 3/1/2015 | 4/1/2014 |
| Regions Insurance | | 71702758 | WC | 3/1/2015 | 4/1/2014 |

The following lapse in insurance coverage occurred this month: (800-843-7002)

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-16

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 03/11/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Regions Insurance Inc - Carmel
630 3rd Ave S.W. #200
Carmel, IN 46032
800 842-7002

**CONTACT NAME**
**PHONE (A/C, No, Ext):** 800 842-7002
**FAX (A/C, No):**
**E-MAIL ADDRESS:**

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Vigilant Ins. Co. | 20397 |
| INSURER B: Federal Insurance Company | 20281 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
James Crystal Holdings, Inc.
2100 Park Central Blvd N
Suite 100
Pompano Beach, FL 33064

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** <br> X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS-MADE  X OCCUR | | | 35798481 | 03/01/2014 | 03/01/2015 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> X POLICY  ☐ PROJECT  ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** <br> X ANY AUTO <br> ☐ ALL OWNED AUTOS  ☐ SCHEDULED AUTOS <br> ☐ HIRED AUTOS  ☐ NON-OWNED AUTOS | | | 735233287 | 3/1/2014 | 3/1/2015 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB  ☐ OCCUR <br> ☐ EXCESS LIAB  ☐ CLAIMS-MADE <br> ☐ DED  ☐ RETENTION $ | | | 79818001 | 03/01/2014 | 03/01/2015 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N  N/A <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | | | 71702758 | 03/01/2014 | 03/01/2015 | X WC STATUTORY LIMITS  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE HOLDER**

Office of the United States Trustee
51 SW 1st Avenue, Room 1204
Miami, FL 33130

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

*[signature]*

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   1 of 1   The ACORD name and logo are registered marks of ACORD
#S1137159/M1137157    KHOFF

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before_____.