UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                                          CASE NUMBER 14-12151-RBR

JAMES CRYSTAL, INC.,                                            JUDGE RAYMOND B. RAY

        Debtor.                                          CHAPTER 11
_____/

## DEBTOR'S STANDARD MONTHLY OPERATING REPORT FOR THE PERIOD FROM MAY 1, 2014 THROUGH MAY 31, 2014

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


By:  /s/ Chad P. Pugatch
        Chad P. Pugatch, Esq.
        Florida Bar No. 220582


Debtor's Address                                  Attorney's Address
and Phone Number:                                 and Phone Number:

James Crystal, Inc.                               Rice Pugatch Robinson & Schiller, P.A.
2100 Park Central Blvd., North                    101 NE Third Avenue, Suite 1800
Suite 100                                         Ft. Lauderdale, FL 33301
Pompano Beach, FL 33064                           Telephone: 954-468-8000
Telephone: 954-315-1502                           Facsimile: 954-462-4300


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  MAY 1, 2014 AND ENDING MAY 31, 2014

Name of Debtor:  JAMES CRYSTAL, INC.

Date of Petition:  JANUARY 29, 2014

Case Number      14-12151-RBR

| | | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|---|---|
| 1 | FUNDS AT BEGINNING OF PERIOD | | $ | 92,890.48 (a) | $ | 104,841.71 (b) |
| 2 | **RECEIPTS** | | | | | |
| | A | Cash Sales | $ | - | | |
| | | Minus: Refunds | $ | - | | |
| | | Net Cash Sales | $ | - | $ | - |
| | B | Accounts Receivable | $ | 315,143.38 | $ | 1,193,360.95 |
| | C | Other Receipts (See MOR-3) | $ | - | $ | 4,822.99 |
| 3 | TOTAL RECEIPTS (Lines 2A+2B+2C) | | $ | 315,143.38 | $ | 1,198,183.94 |
| 4 | TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | $ | 408,033.86 | $ | 1,303,025.65 |
| 5 | **DISBURSEMENTS** | | | | | |
| | A | Advertising | $ | - | $ | 2,327.82 |
| | B | Bank Charges | $ | 4,061.25 | $ | 13,528.37 |
| | C | Contract Labor | $ | 21,767.44 | $ | 76,716.89 |
| | D | Fixed Asste Payments (Not Incl. In N) | $ | - | $ | - |
| | E | Insurance | $ | 27,869.62 | $ | 129,281.86 |
| | F | Inventory Payments (See Attach. 2) | $ | - | $ | - |
| | G | Leases | $ | - | $ | - |
| | H | Manufacturing Supplies | $ | - | $ | - |
| | I | Office Supplies | $ | 10,002.08 | $ | 21,764.35 |
| | J | Payroll-Net (See Attachment 4B) | $ | 141,699.08 | $ | 562,333.98 |
| | K | Professional Fees | $ | - | $ | - |
| | L | Rent | $ | 6,758.51 | $ | 22,803.28 |
| | M | Repairs and Maintenance | $ | 2,466.00 | $ | 6,623.57 |
| | N | Secured Creditor Payments (See Attach.2) | $ | - | $ | - |
| | O | Taxes Paid-Payroll (See Attachment 4C) | $ | 47,959.58 | $ | 239,285.75 |
| | P | Taxes Paid-Sales and Use (See Attachemnt 4C) | $ | - | $ | - |
| | Q | Taxes Paid-Other (See Attachment 4C) | $ | - | $ | - |
| | R | Telephone | $ | 8,382.98 | $ | 28,402.86 |
| | S | Travel and Entertainment | $ | - | $ | 9,656.65 |
| | T | U.S. Trustee Quarterly Fees | $ | 7,475.00 | $ | 7,475.00 |
| | U | Utilities | $ | 7,468.57 | $ | 38,152.89 |
| | V | Vehicle Expense | $ | 1,690.76 | $ | 4,321.34 |
| | W | Other Operating Expenses )See MOR-3) | $ | 5,588.78 | $ | 25,506.83 |
| 6 | TOTAL DISBURSMENTS (Sum of 5A thru W) | | $ | 293,189.65 | $ | 1,188,181.44 |
| 7 | ENDING BALANCE (Line 4 Minus Line 6) | | $ | 114,844.21 | $ | 114,844.21 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___17___ day of ___May___, 2014

_Richard C Hinles_

(Signature)

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| FPL Refund | | $  2,481.81 |
| Voided Check | | $  2,341.18 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $           - | $  4,822.99 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Return of CC payment | | $  4,192.57 |
| Cash Expenses | | $  700.00 |
| Sales Event expenses | | $ 15,025.48 |
| Voluntary Payroll Deductions | $ 4,088.78 | $  4,088.78 |
| Deposit on sales event | $ 1,500.00 | $  1,500.00 |
| | | |
| TOTAL OTHER DISBURSEMENTS | $ 5,588.78 | $ 25,506.83 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

# JAMES CRYSTAL, INC.

May-2014

## CONSOLIDATED STATEMENT OF INCOME

| James Crystal - | HOLDINGS | | SOUTH FLORIDA | ORLANDO | | |
|---|---|---|---|---|---|---|
| Station | WFTL | WFLL | WMEN | KBXD | CORP | TOTAL |
| Location | West Palm Beach FL | Ft Lauderdale | Royal Palm Beach FL | Dallas TX | | |
| **INCOME** | | | | | | |
| LOCAL | 115,663 | | 69,788 | 23,025 | | 208,476 |
| NATIONAL | | | | | | - |
| BLOCK | 29,150 | | 2,000 | | | 31,150 |
| SPORTS | | | 24,616 | | | 24,616 |
| NON BROADCAST | | | 5,489 | | | 5,489 |
| BILLING ADJUSTMENTS | 2,850 | | | | | 2,850 |
| TOTAL | 147,663 | - | 101,893 | 23,025 | - | 272,581 |
| AGENCY COMMISSION | 2,433 | | 4,604 | 942 | | 7,979 |
| GROSS REVENUE | 145,230 | - | 97,289 | 22,083 | - | 264,602 |
| **EXPENSES** | | | | | | |
| PROGRAM | 32,253 | | 42,583 | 3,946 | | 78,782 |
| NEWS | 5,483 | | | | | 5,483 |
| TECHNICAL | 11,724 | 300 | 5,051 | 8,104 | | 25,179 |
| SALES | 17,213 | | 28,098 | 240 | | 45,551 |
| PROMOTION | 5,042 | | 3,800 | - | | 8,842 |
| G & A | 48,467 | 155 | 18,511 | 9,065 | 48,229 | 124,427 |
| TOTAL | 120,182 | 455 | 98,043 | 21,355 | 48,229 | 288,264 |
| **NET OPERATING REVENUE** | 25,048 | (455) | (754) | 728 | (48,229) | (23,662) |
| **OTHER INCOME & EXPENSE** | | | | | | |
| RENTAL INCOME | | | | | | - |
| INTEREST INCOME | | | | | | - |
| GAIN ON SALE OF ASSETS | | | | | | - |
| RECOVERY OF BAD DEBTS | | | | | | - |
| MISCELLANEOUS INCOME | | | | | | - |
| DEPRECIATION | 4,196 | | | 2,571 | 969 | 7,736 |
| INTEREST EXPENSE | | | | | 420 | 420 |
| DONATIONS | | | | | | - |
| BAD DEBT EXPENSE | | | | | | - |
| MANAGEMENT SPLIT | | | | | | - |
| AMORTIZATION OF LOAN FEES | | | | | | - |
| WFF LOAN EXPENSES | | | | | | - |
| AMORTIZATION | 3,295 | 20,815 | | 2,577 | | 26,687 |
| TOTAL OTHER | (7,491) | (20,815) | - | (5,148) | (1,389) | (34,843) |
| **NET INCOME (LOSS)** | 17,557 | (21,270) | (754) | (4,420) | (49,618) | (58,505) |

# JAMES CRYSTAL, INC.

## CONSOLIDATED STATEMENT OF INCOME
### FOR THE FIVE MONTHS ENDED MAY 31, 2014

| James Crystal - Station Location | HOLDINGS WFTL West Palm Beach FL | WFLL Ft Lauderdale | SOUTH FLORIDA WMEN Royal Palm Beach FL | ORLANDO KBXD Dallas TX | CORP | TOTAL |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| LOCAL | 640,069 | | 379,564 | 113,035 | | 1,132,668 |
| NATIONAL | | | | | | - |
| BLOCK | 140,065 | 5,000 | 30,775 | | | 175,840 |
| SPORTS | | | 83,189 | | | 83,189 |
| NON BROADCAST | 56,505 | | 20,451 | | | 76,956 |
| BILLING ADJUSTMENTS | | | | | | - |
| TOTAL | 836,639 | 5,000 | 513,979 | 113,035 | - | 1,468,653 |
| AGENCY COMMISSION | 17,263 | | 22,624 | 6,055 | | 45,942 |
| GROSS REVENUE | 819,376 | 5,000 | 491,355 | 106,980 | - | 1,422,711 |
| **EXPENSES** | | | | | | |
| PROGRAM | 165,001 | 147 | 226,648 | 19,578 | | 411,374 |
| NEWS | 27,267 | | | | | 27,267 |
| TECHNICAL | 51,687 | 1,734 | 16,656 | 29,748 | | 99,825 |
| SALES | 119,343 | | 140,018 | 2,578 | | 261,939 |
| PROMOTION | 27,996 | | 19,763 | | | 47,759 |
| G & A | 245,086 | 835 | 107,263 | 42,142 | 274,809 | 670,135 |
| TOTAL | 636,380 | 2,716 | 510,348 | 94,046 | 274,809 | 1,518,299 |
| **NET OPERATING REVENU** | 182,996 | 2,284 | (18,993) | 12,934 | (274,809) | (95,588) |
| **OTHER INCOME & EXPENSE** | | | | | | |
| RENTAL INCOME | | | | | | - |
| INTEREST INCOME | | | | | | - |
| RECOVERY OF BAD DEBTS | | | | | | - |
| GAIN ON SALE OF ASSETS | | | | | | - |
| MISCELLANEOUS INCOME | | | | | | - |
| DEPRECIATION | 20,981 | | | 12,857 | 4,846 | 38,684 |
| INTEREST EXPENSE | | | | | 1,675 | 1,675 |
| DONATIONS | | | | | | - |
| BAD DEBT EXPENSE | 450 | | 1,496 | | | 1,946 |
| MANAGEMENT SPLIT | | | | | | - |
| AMORTIZATION OF LOAN FEES | | | | | | - |
| WFF LOAN EXPENSES | | | | | | - |
| AMORTIZATION | 16,476 | 104,076 | | 12,885 | | 133,437 |
| TOTAL OTHER | (37,907) | (104,076) | (1,496) | (25,742) | (6,521) | (175,742) |
| **NET INCOME (LOSS)** | 145,089 | (101,792) | (20,489) | (12,808) | (281,330) | (271,330) |

# JAMES CRYSTAL, INC.

**BALANCE SHEET**
5/31/2014
**COMBINED**

| | HOLDINGS | SOUTH FLORIDA | ORLANDO | SOLD PHOENIX | PRODUCTION | CORPORATE | COMBINED |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| PETTY CASH | | | | | | | $ - |
| CASH ON HAND | | | | | | $ 114,844.21 | $ 114,844.21 |
| CASH ON DEPOSIT-COURTS | | | | | | | $ - |
| ACCOUNTS RECEIVABLE | $ 135,471.38 | $ 334,545.96 | $ 55,406.03 | | $ 139,113.68 | $ (9,447.83) | $ 655,089.22 |
| MISCELLANEOUS RECEIVABLES | | | | | | | $ - |
| PREPAID EXPENSES | $ 1,618.00 | | $ (1,110.00) | $ - | | $ 166,415.77 | $ 166,923.77 |
| PREPAID INSURANCE | | | | | | | $ - |
| ADVANCES TO JC HILLIARD | | | | | | $ 683,608.83 | $ 683,608.83 |
| RECEIVABLE INTERCOMPANY | $ 21,918,827.41 | $ (3,782,329.42) | $ (718,224.40) | $ 5,886,274.25 | $ (1,157,967.78) | $ (22,149,539.22) | $ (2,959.16) |
| ADVANCES TO KEY EMPLOYEES | | | | | | $ 55,000.00 | $ 55,000.00 |
| RECEIVABLE FROM RELATED COMPANIES | | | | | | $ 1,484,299.95 | $ 1,484,299.95 |
| INVESTMENT IN SUBSIDIARIES | | | | | $ 210,000.00 | $ 4,064,061.47 | $ 4,274,061.47 |
| STATION SALE CASH PROCEEDS | | | | | | | $ - |
| DEPOSITS | | | | | | | $ - |
| | $ 22,055,916.79 | $ (3,447,783.46) | $ (663,928.37) | $ 5,886,274.25 | $ (808,854.10) | $ (15,590,756.82) | $ 7,430,868.29 |
| **FIXED ASSETS** | | | | | | | |
| LAND | $ 50,000.00 | $ 110,500.00 | | | | | $ 160,500.00 |
| BUILDINGS | $ 73,511.00 | $ 872.33 | $ 58,029.25 | | | | $ 132,412.58 |
| LEASEHOLD IMPROVEMENTS | $ 88,887.77 | $ 7,835.19 | | | $ 993.81 | $ 181,892.28 | $ 279,609.05 |
| TOWER & ANTENNA | $ 660,827.75 | $ 73,294.44 | $ 392,716.00 | | | | $ 1,126,838.19 |
| TRANSMITTER EQUIPMENT | $ 576,291.44 | $ 151,842.68 | $ 303,634.50 | | | | $ 1,031,768.62 |
| STUDIO EQUIPMENT | $ 217,486.34 | $ 56,816.60 | $ 42,845.35 | | $ 39,040.18 | | $ 356,188.47 |
| OFFICE FURNITURE & EQUIPMENT | $ 2,315.07 | $ 4,340.15 | $ 3,000.00 | | $ 3,075.17 | $ 173,807.04 | $ 186,537.43 |
| COMPUTER EQUIPMENT | | | | | $ 9,579.40 | $ 77,504.25 | $ 87,083.65 |
| VEHICLES | $ 58,253.00 | | | | | $ 16,500.00 | $ 74,753.00 |
| CONSTRUCTION IN PROGRESS | | | $ 40,354.59 | | | | $ 40,354.59 |
| ACCUMULATED DEPRECIATION | $ (1,374,956.71) | $ (273,165.78) | $ (548,365.06) | | | $ (388,827.30) | $ (2,585,314.85) |
| | $ 352,615.66 | $ 132,335.61 | $ 292,214.63 | $ - | $ 52,688.56 | $ 60,876.27 | $ 890,730.73 |
| GOODWILL | $ (259,378.54) | | $ 33,500.31 | | | | $ (225,878.23) |
| INVESTMENT IN STATIONS | | | | | | | $ - |
| | $ (259,378.54) | $ - | $ 33,500.31 | $ - | $ - | $ - | $ (225,878.23) |
| **TOTAL ASSETS** | $ 22,149,153.91 | $ (3,315,447.85) | $ (338,213.43) | $ 5,886,274.25 | $ (756,165.54) | $ (15,529,880.55) | $ 8,095,720.79 |
| **CURRENT LIABILITIES** | | | | | | | |
| ACCOUNTS PAYABLE | | | | | $ 1,886.68 | $ 3,232,406.18 | $ 3,234,292.86 |
| SALES TAX PAYABLE | | | | | | | $ - |
| LOAN PAYABLE TO JCH | $ 1,035,161.54 | | | $ 1,666,022.19 | | $ (206,709.83) | $ 2,494,473.90 |
| PAYABLE TO JCH ENTITY | | | | | | $ 6,017,657.01 | $ 6,017,657.01 |
| LOAN PAYABLE TO S SMITH | | | | | | $ 104,280.17 | $ 104,280.17 |
| LOAN PAYABLE WFF | | | | | | $ 14,837,381.86 | $ 14,837,381.86 |
| ACCRUED BONUSES | | | | | | | $ - |
| ACCRUED SALES COMMISSIONS | $ 335,564.57 | $ (215,728.49) | | | | $ 10,000.00 | $ 129,836.08 |
| ACCRUED PAYROLL TAXES | $ (30,022.09) | $ 36,898.18 | $ (54,931.26) | $ 2,535.27 | | $ 792,410.53 | $ 746,890.63 |
| ACCRUED REAL & PP TAXES | | | | | | | $ - |
| ACCRUED INTEREST PAYABLE | | | | | | | $ - |
| TOTAL CURRENT LIABILITIES | $ 1,340,704.02 | $ (178,830.31) | $ (54,931.26) | $ 1,668,557.46 | $ 1,886.68 | $ 24,787,425.92 | $ 27,564,812.51 |
| **EQUITY** | | | | | | | |
| PAID IN CAPITAL | | | | | | $ (401,220.00) | $ (401,220.00) |
| COMMON STOCK | | | | | | | $ - |
| TREASURY STOCK | | | | | | | $ - |
| RETAINED EARNINGS | $ 20,765,153.25 | $ (3,116,128.29) | $ (270,473.84) | $ 4,217,716.79 | $ (758,052.22) | $ (39,634,755.83) | $ (18,796,540.14) |
| CURRENT YEAR PROFIT | $ 43,296.64 | $ (20,489.25) | $ (12,808.33) | | | $ (281,330.64) | $ (271,331.58) |
| TOTAL EQUITY | $ 20,808,449.89 | $ (3,136,617.54) | $ (283,282.17) | $ 4,217,716.79 | $ (758,052.22) | $ (40,317,306.47) | $ (19,469,091.72) |
| **TOTAL LIABILITIES AND EQUITY** | $ 22,149,153.91 | $ (3,315,447.85) | $ (338,213.43) | $ 5,886,274.25 | $ (756,165.54) | $ (15,529,880.55) | $ 8,095,720.79 |

## James Crystal, Inc. and All Subsidiaries
### Statement of Cash Flows
As of May 31, 2014

|  |  | May-14 |
|---|---|---|
| **Cash flows from operating activities:** |  |  |
| Net income | $ | (58,505.22) |
| Adjustments to reconcile net income to net cash |  |  |
| provided by operating activities: |  |  |
| Amortization |  | 26,687.31 |
| Depreciation |  | 7,736.74 |
| Gain on sale of fixed assets |  | - |
| Decreases in: |  |  |
| Accounts Receivable |  | 47,464.43 |
| Other current assets |  | (4,926.41) |
| Deposits |  | - |
| Accounts Payable |  | 8,555.03 |
| Other current liabilities |  | (5,058.15) |
| Net cash provided by operating activities |  | 21,953.73 |
| **Cash flow from investing activities:** |  |  |
| Proceeds sale of fixed assets |  |  |
| Acqusition of fixed assets |  | - |
| Other broadscasting related investments |  | - |
| Net cash flow from investing activities |  | - |
| **Cash flow from financing activities:** |  |  |
| Receipts on loans payable to stockholder, net |  | - |
| Advances to affiliates |  | - |
| Principal borrowings on debt obligations |  | - |
| Principal payments on debt obligations |  | - |
| Distributions |  | - |
| Net cash flow from financing activities |  | - |
| **Net increase in cash** |  | 21,953.73 |
| **Cash, beginning** |  | 92,890.48 |
| **Cash, ending** | $ | 114,844.21 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

JAMES CRYSTAL, INC                                                    14-12151-RBR

Name of Debtor: _____    Case Number: _____

                    5/1/2014                                                    5/31/2014

Reporting Period beginning _____    Period ending _____

                                       $           586,651.42

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $ | 576,139.15 (a) |
| PLUS: Current Month New Billings | $ | 265,137.27 (b) |
| MINUS: Collection During the Month | $ | (315,143.38) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | (710.00)* |
| End of Month Balance | $ | 525,423.04 (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 62,248.94 | $ 65,735.70 | $ 54,064.50 | $ 233,174.54 | $ 415,223.68 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: JAMES CRYSTAL, INC       Case Number: 14-12151-RBR

Reporting Period beginning ____5/1/2014____       Period ending ____5/31/2014____

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | SEE ATTACHED AGING | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ | 6,835.80 (a) |
| PLUS: New Indebtedness Incurred This Month | $ | 21,583.05 |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ | (6,835.80) |
| PLUS/MINUS: Adjustments | $ | - * |
| Ending Month Balance | $ | 21,583.05 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

Accounts Payable Aged Invoice Report
Sorted by Vendor Number
Open Incvoices - Aged by Invoice Date - As of 05/31/2014
JAMES CRYSTAL, INC.

Vendor Number/Name

| | | Total | Current | 30 day | 60 day | |
|---|---|---|---|---|---|---|
| 0001850 | ATT | 989.83 | 172.54 | 817.29 | | TELEPHONE |
| 0001855 | ATT PRO CABS | 285.94 | 285.94 | | | TELEPHONE |
| 0003400 | CIT TECHNOLOGIES | 376.06 | 376.06 | | | COPIER |
| 0003551 | COMCAST | 215.45 | 215.45 | | | INTERNET |
| 0006400 | FLORIDA POWER AND LIGHT | 4,351.23 | 4,351.23 | | | UTILITIES |
| 0007245 | ANGELA GONZALEZ | 140.00 | 140.00 | | | PROMOTION |
| 0011220 | JERRY KIEFER | 948.10 | 948.10 | | | SUPPLIES |
| 0014660 | NOVA ELECTRONICS | 2,574.00 | 2,574.00 | | | TECHNICAL DALLAS |
| 0018001 | R-COM | 2,228.42 | 2,228.42 | | | TECHNICAL FLORIDA |
| 0019225 | SCOTT TRAFFIC | 600.00 | 600.00 | | | AD SCHEDULING |
| 0019605 | SPRINT CELLPHONES | 1,636.61 | 1,636.61 | | | TELEPHONE |
| 0023051 | WFAN YANKEES | 1,530.84 | 1,530.84 | | | SPORTS RIGHTS |
| 0023450 | WINDSTREAM | 1,884.45 | 1,884.45 | | | TELEPHONE |
| 0024800 | XO COMMUNICATIONS | 820.63 | 820.63 | | | TELEPHONE |
| 0029950 | TXU ENERGY | 3,001.49 | 3,001.49 | | | UTILITIES |

|  | 21,583.05 | 20,765.76 | 817.29 | 0.00 |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: ___JAMES CRYSTAL, INC___     Case Number: _____14-12151-RBR___

Reporting Period beginning _____5/1/2014____     Period ending _____5/31/2014___

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:     $____No Inventory_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $_____(a)
    PLUS: Inventory Purchased During Month     $_____
    MINUS: Inventory Used or Sold     $_____
    PLUS/MINUS: Adjustments or Write-downs     $_____*
    Inventory on Hand at End of Month     $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ___Unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $____ $  898,469.69 __(a)(b)
    MINUS: Depreciation Expense     $____ $  (7,736.00)___
    PLUS: New Purchases     $____ $  - _____
    PLUS/MINUS: Adjustments or Write-downs     $____ $  - _____*
Ending Monthly Balance     $____ $  890,733.69 ___

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
  balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: ___JAMES CRYSTAL, INC___     Case Number: ___14-12151-RBR___

Reporting Period beginning ____5/1/2014____     Period ending ____5/31/2014____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: ___SUNTRUST___     BRANCH: ___LIGHTHOUSE POINT___

ACCOUNT NAME: ___JAMES CRYSTAL OPERATING___     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 29,229.19 |
| Plus Total Amount of Outstanding Deposits | $ | 87,051.55 |
| Minus Total Amount of Outstanding Checks and other debits | $ | (5,044.54)    * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 111,236.20    **(a) |

*Debit cards are used by___DEBIT CARDS NOT USED_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 8
36/E00/0175/0 /40

05/31/2014
0000



# SUNTRUST

# Account Statement

JAMES CRYSTAL, INC.
OPERATING ACCOUNT
DEBTOR-IN-POSSESSION, CASE#14-12151-RBR
2100 PARK CENTRAL BLVD N STE 100
POMPANO BEACH FL 33064

Questions? Please call
1-800-786-8787

A SUNTRUST ACCESS 3 EQUITY LINE OF CREDIT IS A SMART, FLEXIBLE AND AFFORDABLE
WAY TO USE YOUR HOME'S EQUITY TO PAY FOR THE IMPORTANT THINGS IN YOUR LIFE, AND
NOW YOU CAN TAKE ADVANTAGE OF OUR NEW SPECIAL LOW RATES. CALL 877.501.5555,
VISIT SUNTRUST.COM/EQUITYLINE, OR STOP BY A LOCAL SUNTRUST BRANCH TO APPLY.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| TOTAL BUSINESS BANKING | | 05/01/2014 - 05/31/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $37,201.63 | Average Balance | $51,986.94 |
| Deposits/Credits | $264,647.43 | Average Collected Balance | $46,688.81 |
| Checks | $58,883.10 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $213,736.77 | | |
| Ending Balance | $29,229.19 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 05/05 | 13,319.40 | | DEPOSIT | 05/27 | 17,560.19 | | DEPOSIT |
| 05/20 | 29,379.66 | | DEPOSIT | | | | |
| 05/02 | 2,975.43 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | HRTLAND PMT SYS    TXNS/FEES | | | 650000003351262 | |
| 05/05 | 36,272.87 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | HRTLAND PMT SYS    TXNS/FEES | | | 650000003351262 | |
| 05/07 | 2,160.00 | | ATM DEPOSIT | | | | |
| 05/07 | 4,317.52 | | ATM DEPOSIT | | | | |
| 05/08 | 24,384.89 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | HRTLAND PMT SYS    TXNS/FEES | | | 650000003351262 | |
| 05/09 | 4,199.37 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | HRTLAND PMT SYS    TXNS/FEES | | | 650000003351262 | |
| 05/09 | 8,802.00 | | ATM DEPOSIT | | | | |
| 05/13 | 7,390.10 | | ATM DEPOSIT | | | | |
| 05/13 | 10,860.00 | | ATM DEPOSIT | | | | |
| 05/13 | 19,366.00 | | ATM DEPOSIT | | | | |
| 05/15 | 18,926.06 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | HRTLAND PMT SYS    TXNS/FEES | | | 650000003351262 | |
| 05/15 | 10,199.56 | | ATM DEPOSIT | | | | |
| 05/22 | 16,690.05 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | HRTLAND PMT SYS    TXNS/FEES | | | 650000003351262 | |
| 05/23 | 3,962.00 | | ATM DEPOSIT | | | | |
| 05/28 | 8,050.00 | | ATM DEPOSIT | | | | |
| 05/30 | 25,832.33 | | ELECTRONIC/ACH CREDIT | | | | |
| | | | HRTLAND PMT SYS    TXNS/FEES | | | 650000003351262 | |

Deposits/Credits:  19          Total Items Deposited: 69

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 2084 | 800.00 | 05/09 | 2107 | 913.67 | 05/07 | 2112 | 1,225.00 | 05/08 |
| *2098 | 450.00 | 05/08 | 2108 | 5,844.84 | 05/08 | 2113 | 1,604.22 | 05/08 |
| *2102 | 2,500.00 | 05/05 | 2109 | 8,735.18 | 05/06 | 2114 | 401.41 | 05/09 |
| *2105 | 1,500.00 | 05/02 | 2110 | 250.00 | 05/05 | 2115 | 1,600.00 | 05/12 |
| 2106 | 600.00 | 05/06 | 2111 | 34.69 | 05/09 | 2116 | 2,527.00 | 05/15 |

402778                    Member FDIC                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 8
36/E00/0175/0 /40

05/31/2014



# Account Statement

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 2117 | 1,355.81 | 05/15 | 2127 | 75.00 | 05/27 | 2136 | 386.47 | 05/16 |
| | 2118 | 129.00 | 05/14 | 2128 | 215.45 | 05/21 | *2138 | 86.00 | 05/21 |
| | 2119 | 3,000.00 | 05/15 | 2129 | 1,500.00 | 05/23 | 2139 | 211.89 | 05/22 |
| | 2120 | 1,772.92 | 05/22 | 2130 | 346.00 | 05/22 | 2140 | 3,811.68 | 05/21 |
| | 2121 | 250.00 | 05/12 | 2131 | 240.00 | 05/23 | 2141 | 1,189.00 | 05/28 |
| | *2123 | 375.00 | 05/20 | 2132 | 1,050.00 | 05/16 | 2142 | 250.00 | 05/27 |
| | 2124 | 300.00 | 05/20 | 2133 | 900.00 | 05/19 | 2143 | 250.00 | 05/30 |
| | 2125 | 7,475.00 | 05/20 | 2134 | 2,500.00 | 05/16 | 2144 | 1,601.81 | 05/27 |
| | 2126 | 376.06 | 05/20 | 2135 | 250.00 | 05/19 | | | |

Checks: 41                    *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 05/01 | 35.01 | | ELECTRONIC/ACH DEBIT |
| | | | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| | 05/02 | 719.80 | | ELECTRONIC/ACH DEBIT |
| | | | | ATT    Payment    612481003EVR1W |
| | 05/08 | 1,814.23 | | ONLINE BANKING TRANSFER TO 0175 1000170332968 |
| | 05/08 | 4,904.15 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | 05/09 | 3,445.18 | | ELECTRONIC/ACH DEBIT |
| | | | | GM CARD SRVCS    Online Pmt    000001696492168 |
| | 05/13 | 71,509.86 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | 05/14 | 8,491.55 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | 05/14 | 27,272.52 | | ONLINE BANKING TRANSFER TO 0175 1000170332968 |
| | 05/15 | 563.22 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    4376040327 WEBI |
| | 05/15 | 1,094.38 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    5726410326 WEBI |
| | 05/15 | 1,763.30 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    3724503234 WEBI |
| | 05/15 | 4,047.67 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    9659982236 WEBI |
| | 05/15 | .48 | | ELECTRONIC/ACH DEBIT |
| | | | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| | 05/16 | 1,629.13 | | ELECTRONIC/ACH DEBIT |
| | | | | XO COMMUNICATION    TELECOM    4153167 |
| | 05/16 | 2,875.06 | | ELECTRONIC/ACH DEBIT |
| | | | | Windstream    PMT-DEBIT    61113408 |
| | 05/19 | 486.29 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT    20140516.G35373 |
| | 05/19 | 606.28 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT    20140516.G35373 |
| | 05/19 | 606.28 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT    20140516.G35373 |
| | 05/19 | 624.94 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT    20140516.G35373 |
| | 05/23 | 3,811.68 | | ELECTRONIC/ACH DEBIT |
| | | | | GM CARD SRVCS    Online Pmt    000001698858941 |
| | 05/23 | 335.85 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT    20140522.G35373 |
| | 05/23 | 429.20 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT    20140522.G35373 |
| | 05/23 | 624.94 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT    20140522.G35373 |
| | 05/23 | 714.12 | | ELECTRONIC/ACH DEBIT |
| | | | | BLUECROSSFLORIDA    PREMIUM    6163394 |
| | 05/23 | 3,769.10 | | ELECTRONIC/ACH DEBIT |
| | | | | BLUECROSSFLORIDA    PREMIUM    6163351 |
| | 05/23 | 5,712.96 | | ELECTRONIC/ACH DEBIT |
| | | | | BLUECROSSFLORIDA    PREMIUM    6163349 |
| | 05/23 | 8,938.26 | | ELECTRONIC/ACH DEBIT |
| | | | | BLUECROSSFLORIDA    PREMIUM    6163350 |

402779                    Member FDIC                    Continued on next page



**SUNTRUST BANK**
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 8
36/E00/0175/0 /40

05/31/2014

# Account Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 05/27 | 117.81 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | 05/29 | 56,793.52 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | Withdrawals/Debits: 29 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/01 | 37,166.62 | 37,166.62 | 05/16 | 32,552.00 | 32,552.00 |
| | 05/02 | 37,922.25 | 37,922.25 | 05/19 | 29,078.21 | 29,078.21 |
| | 05/05 | 84,764.52 | 72,057.52 | 05/20 | 49,931.81 | 20,552.81 |
| | 05/06 | 75,429.34 | 75,429.34 | 05/21 | 45,818.68 | 45,818.68 |
| | 05/07 | 80,993.19 | 74,516.19 | 05/22 | 60,177.92 | 60,177.92 |
| | 05/08 | 89,535.64 | 89,535.64 | 05/23 | 38,063.81 | 34,101.81 |
| | 05/09 | 97,855.73 | 89,053.73 | 05/27 | 53,579.38 | 36,019.38 |
| | 05/12 | 96,005.73 | 96,005.73 | 05/28 | 60,440.38 | 52,390.38 |
| | 05/13 | 62,111.97 | 24,495.97 | 05/29 | 3,646.86 | 3,646.86 |
| | 05/14 | 26,218.90 | 26,218.90 | 05/30 | 29,229.19 | 29,229.19 |
| | 05/15 | 40,992.66 | 30,793.66 | | | |

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515

**Complete this section to balance this statement to your transaction register.**

Month _____  Year _____

**Bank Balance** Shown on statement        $ _____

**Add (+)** Deposits not shown on this statement (if any).        $ _____

_____

Total (+) $ _____

**Subtract (-)**
Checks and other items outstanding but not paid on this statement (if any).

|   | $ |   | $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total (-) $ _____

Balance $ _____

These balances should agree

**Your Transaction Register Balance**        $ _____

**Add (+)** Other credits shown on this statement but not in transaction register.        $ _____

**Add (+)** Interest paid (for use in balancing interest-bearing accounts only).        $ _____

Total (+) $ _____

**Subtract (-)** Other debits shown on this statement but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | |
| | |
| | |

Total (-) $ _____

Balance $ _____

**In Case Of Errors Or Questions About Your Electronic Transfers (ETF)**
Telephone us at 800.447.8994, Option 1 or write us at SunTrust Bank, Attention: Fraud Assistance Center, P.O. Box 4418, Mail Code GA-MT-0413, Atlanta, GA 30302 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: _____JAMES CRYSTAL, INC_____    Case Number: __14-12151-RBR__

Reporting Period beginning ____5/1/2014____    Period ending ____5/31/2014____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: ____SUNTRUST____    BRANCH: ____LIGHTHOUSE POINT____

ACCOUNT NAME: ____JAMES CRYSTAL PAYROLL____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 845.51 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | (745.51) * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 100.00 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).



SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 5
36/E00/0175/0 /40

u5/31/2014
0000

# SUNTRUST

# Account
# Statement

JAMES CRYSTAL, INC.
PAYROLL ACCOUNT
DEBTOR-IN-POSSESSION, CASE #14-12151-RBR
2100 PARK CENTRAL BLVD N STE 100
POMPANO BEACH FL 33064

Questions? Please call
1-800-786-8787

A SUNTRUST ACCESS 3 EQUITY LINE OF CREDIT IS A SMART, FLEXIBLE AND AFFORDABLE
WAY TO USE YOUR HOME'S EQUITY TO PAY FOR THE IMPORTANT THINGS IN YOUR LIFE, AND
NOW YOU CAN TAKE ADVANTAGE OF OUR NEW SPECIAL LOW RATES. CALL 877.501.5555,
VISIT SUNTRUST.COM/EQUITYLINE, OR STOP BY A LOCAL SUNTRUST BRANCH TO APPLY.

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | PRIMARY BUSINESS CHECKING | | 05/01/2014 - 05/31/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $22,627.16 | Average Balance | $3,486.07 |
| Deposits/Credits | $141,816.89 | Average Collected Balance | $3,486.07 |
| Checks | $31,956.50 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $131,642.04 | | |
| Ending Balance | $845.51 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 05/08 | 4,904.15 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| 05/13 | 71,509.86 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| 05/14 | 8,491.55 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| 05/27 | 117.81 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| 05/29 | 56,793.52 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |

Deposits/Credits:  5                    Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 5234 | 46.17 | 05/05 | 5256 | 948.85 | 05/02 | *5279 | 822.81 | 05/01 |
| 5235 | 221.64 | 05/05 | 5257 | 361.80 | 05/05 | 5280 | 107.57 | 05/15 |
| *5239 | 788.99 | 05/05 | *5259 | 531.52 | 05/02 | 5281 | 175.46 | 05/20 |
| *5242 | 2,041.67 | 05/05 | 5260 | 265.96 | 05/06 | 5282 | 398.96 | 05/21 |
| *5246 | 1,006.98 | 05/02 | 5261 | 103.73 | 05/08 | 5283 | 255.80 | 05/19 |
| 5247 | 507.92 | 05/01 | 5262 | 1,050.84 | 05/06 | 5284 | 277.05 | 05/16 |
| *5249 | 2,149.58 | 05/02 | *5268 | 1,443.35 | 05/02 | 5285 | 876.68 | 05/14 |
| *5252 | 993.73 | 05/01 | 5269 | 4,095.68 | 05/06 | 5286 | 7,337.82 | 05/15 |
| *5254 | 1,427.09 | 05/02 | *5272 | 551.43 | 05/01 | | | |
| 5255 | 484.27 | 05/06 | *5276 | 2,683.15 | 05/06 | | | |

Checks: 28                    *Break in check sequence

---

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/13 | 75,476.22 | | *ACH PREFUNDING SETTLEMENT* |
| | | | JAMES CRYSTAL        ACH PRFUND  -SETT-A.OTMCORP |
| 05/20 | 117.81 | | ACCOUNT ANALYSIS FEE |
| 05/29 | 56,048.01 | | *ACH PREFUNDING SETTLEMENT* |
| | | | JAMES CRYSTAL        ACH PRFUND  -SETT-A.OTMCORP |

Withdrawals/Debits:  3

---

402786                    Member FDIC                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 5
36/E00/0175/0 /40

05/31/2014



# SUNTRUST

# Account
# Statement

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/01 | 19,751.27 | 19,751.27 | 05/15 | 1,207.27 | 1,207.27 |
| | 05/02 | 12,243.90 | 12,243.90 | 05/16 | 930.22 | 930.22 |
| | 05/05 | 8,783.63 | 8,783.63 | 05/19 | 674.42 | 674.42 |
| | 05/06 | 203.73 | 203.73 | 05/20 | 381.15 | 381.15 |
| | 05/08 | 5,004.15 | 5,004.15 | 05/21 | 17.81- | 17.81- |
| | 05/13 | 1,037.79 | 1,037.79 | 05/27 | 100.00 | 100.00 |
| | 05/14 | 8,652.66 | 8,652.66 | 05/29 | 845.51 | 845.51 |

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515

Complete this section to balance this statement to your transaction register.

Month _____    Year _____

Bank Balance Shown on statement        $ _____

Add (+)                                $ _____
Deposits not shown on this                _____
statement (if any).                       _____
                Total (+)    $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | $ |
|---|---|---|---|
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |

        Total (-)    $ _____
        Balance    $ _____
        These balances should agree ⬆

Your Transaction
Register Balance        $ _____

Add (+)                $ _____
Other credits shown on
this statement but not
in transaction register. _____

Add (+)                $ _____
Interest paid (for use in balancing interest-bearing
accounts only).
Total (+)              $ _____

Subtract (-) Other debits shown on this statement
        but not in transaction register.

| Service Fees (if any) | $ |
|---|---|
| | _____ |
| | _____ |
| | _____ |

Total (-)              $ _____
Balance                $ _____ ⬆

In Case Of Errors Or Questions About Your Electronic Transfers (ETF)
Telephone us at 800.447.8994, Option 1 or write us at SunTrust Bank, Attention: Fraud Assistance Center, P.O. Box 4418, Mail Code GA-MT-0413, Atlanta, GA 30302 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**ATTACHMENT 4C**

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _____JAMES CRYSTAL, INC_____    Case Number: 14-12151-RBR

Reporting Period beginning _____5/1/2014_____    Period ending _____5/31/2014_____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____SUNTRUST_____    BRANCH: _____LIGHTHOUSE POINT_____

ACCOUNT NAME: _____JAMES CRYSTAL TAX_____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 2,708.01 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Oustanding Checks and other debits | $ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 2,708.01 **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

_____

The following disbursements were paid by Cash:  (☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _____JAMES CRYSTAL, INC._____    Case Number: __14-12151-RBR__

Reporting Period beginning ___5/1/2014_____    Period ending __5/31/2014__

NAME OF BANK: _____SUNTRUST_____    BRANCH: ____LIGHTHOUSE POINT____

ACCOUNT NAME: ___JAMES CRYSTAL, INC.____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 5/1/2014 | EFT | US TAX PAYMENT (941) | | $ 19,422.93 |
| 4/4/2014 | EFT | US TAX PAYMENT (941) | | $ 28,536.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                     $    47,959.58 (d)

## SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $ 47,959.58 (a) |
| Sales & Use Taxes Paid | $        - (b) |
| Other Taxes Paid | $        - (c) |
| TOTAL | $ 47,959.58 (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
66/E00/0175/0 /40

05/31/2014
0000


**SUNTRUST**

Account
Statement

JAMES CRYSTAL, INC.
TAX ACCOUNT
DEBTOR-IN-POSSESSION, CASE #14-12151-RBR
2100 PARK CENTRAL BLVD N STE 100
POMPANO BEACH FL 33064

Questions? Please call
1-800-786-8787

A SUNTRUST ACCESS 3 EQUITY LINE OF CREDIT IS A SMART, FLEXIBLE AND AFFORDABLE
WAY TO USE YOUR HOME'S EQUITY TO PAY FOR THE IMPORTANT THINGS IN YOUR LIFE, AND
NOW YOU CAN TAKE ADVANTAGE OF OUR NEW SPECIAL LOW RATES. CALL 877.501.5555,
VISIT SUNTRUST.COM/EQUITYLINE, OR STOP BY A LOCAL SUNTRUST BRANCH TO APPLY.

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | PRIMARY BUSINESS CHECKING | | | | 05/01/2014 - 05/31/2014 |

| | Description | Amount | Description | Amount |
|---|---|---|---|---|
| | Beginning Balance | $21,580.84 | Average Balance | $4,669.53 |
| | Deposits/Credits | $29,086.75 | Average Collected Balance | $4,669.53 |
| | Checks | $.00 | Number of Days in Statement Period | 31 |
| | Withdrawals/Debits | $47,959.58 | | |
| | Ending Balance | $2,708.01 | | |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 05/08 | 1,814.23 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| | 05/14 | 27,272.52 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |

Deposits/Credits: 2          Total Items Deposited: 0

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 05/01 | 19,422.93 | | *ELECTRONIC/ACH DEBIT* |
| | | | | IRS                USATAXPYMT 270452180741664 |
| | 05/16 | 28,536.65 | | *ELECTRONIC/ACH DEBIT* |
| | | | | IRS                USATAXPYMT 270453654479860 |

Withdrawals/Debits: 2

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 05/01 | 2,157.91 | 2,157.91 | 05/14 | 31,244.66 | 31,244.66 |
| | 05/08 | 3,972.14 | 3,972.14 | 05/16 | 2,708.01 | 2,708.01 |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
66/F00/0175/0 /60

05/31/2014



# SUNTRUST

Account
Statement

To change your address, please call 1-800-SUNTRUST (1-800-786-8787). Business clients call 1-800-752-2515

Complete this section to balance this statement to your transaction register.

Month _____     Year _____

| Bank Balance Shown on statement | $ _____ |
| --- | --- |

Add (+)
Deposits not shown on this          $ _____
statement (if any).                        _____
                                                     _____
                            Total (+)  $ _____

Subtract (-)
Checks and other items outstanding but not paid on this statement (if any).

| | $ | | $ |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|       Total (-) | $ _____ |
| --- | --- |
|          Balance | $ _____ |

These balances should agree

**Your Transaction
Register Balance**          $ _____

Add (+)
Other credits shown on       _____
this statement but not        _____
in transaction register.      _____

Add (+)                              $ _____
Interest paid (for use in balancing interest-bearing
accounts only).
                   Total (+)     $ _____

**Subtract (-)** Other debits shown on this statement
              but not in transaction register.

| Service Fees (if any) | $ |
| --- | --- |
| | |
| | |
| | |

| Total (-) | $ _____ |
| --- | --- |
| Balance | $ _____ |

**In Case Of Errors Or Questions About Your Electronic Transfers (ETF)**
Telephone us at 800.447.8994, Option 1 or write us at SunTrust Bank, Attention: Fraud Assistance Center, P.O. Box 4418, Mail Code GA-MT-0413, Atlanta, GA 30302 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

114286                              Member FDIC

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NO INVESTMENT ACCOUNTS | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $_____-___(a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NO PETTY CASH | | |
| | | | |
| | | | |
| **TOTAL** | | $_____-_(b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**_____

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)   $_____  $   -_____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: _JAMES CRYSTAL INC_____    Case Number: _14-12151-RBR_____

Reporting Period beginning _5/1/2014_____    Period ending _5/31/2014_____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| **IRS** | 6/4/2014 | 941 TAX | $   16,869.71 | 4/30/2014 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $   **16,869.71** | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: _____JAMES CRYSTAL, INC_____  Case Number: 14-12151-RBR _____

Reporting Period beginning _____5/1/2014_____  Period ending _____5/31/2014_____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| James C. Hilliard | President | Payroll | $    16,666.68 |
| James W. Hillaird | VP | Payroll | $      6,083.34 |
| Richard C. Hindes | VP | Payroll | $      7,083.34 |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 36 | 11 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | -2 | -3 |
| Number of employees on payroll at end of period | 34 | 8 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Regions Insurance | | 35798481 | Gen Liability | 3/1/2015 | 5/1/2014 |
| Regions Insurance | | 735233287 | Auto | 3/1/2015 | 5/1/2014 |
| Regions Insurance | | 79818001 | Umbrella | 3/1/2015 | 5/1/2014 |
| Regions Insurance | | 71702758 | WC | 3/1/2015 | 5/1/2014 |
| 800 842-7002 | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before_____.

MOR-17