UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                    CASE NUMBER 14-12151-RBR

JAMES CRYSTAL, INC.,                      JUDGE RAYMOND B. RAY

        Debtor.                           CHAPTER 11
_____/

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT FOR THE PERIOD FROM JUNE 1, 2014 THROUGH JUNE 30, 2014

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                              By:  /s/ Chad P. Pugatch
                                   Chad P. Pugatch, Esq.
                                   Florida Bar No. 220582

Debtor's Address                  Attorney's Address
and Phone Number:                 and Phone Number:

James Crystal, Inc.               Rice Pugatch Robinson & Schiller, P.A.
2100 Park Central Blvd., North    101 NE Third Avenue, Suite 1800
Suite 100                         Ft. Lauderdale, FL 33301
Pompano Beach, FL 33064           Telephone: 954-468-8000
Telephone: 954-315-1502           Facsimile: 954-462-4300

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING JUNE 1, 2014 AND ENDING JUNE 30, 2014

Name of Debtor: JAMES CRYSTAL, INC.  
Date of Petition: JANUARY 29, 2014

Case Number 14-12151-RBR

| | | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|---|---|
| 1 | **FUNDS AT BEGINNING OF PERIOD** | | $ | 114,844.21 (a) | $ | 104,841.71 (b) |
| 2 | **RECEIPTS** | | | | | |
| | A | Cash Sales | $ | - | | |
| | | Minus: Refunds | $ | - | | |
| | | Net Cash Sales | $ | - | $ | - |
| | B | Accounts Receivable | $ | 210,372.57 | $ | 1,403,733.52 |
| | C | Other Receipts (See MOR-3) | $ | - | $ | 4,822.99 |
| 3 | **TOTAL RECEIPTS (Lines 2A+2B+2C)** | | $ | 210,372.57 | $ | 1,408,556.51 |
| 4 | **TOTAL FUNDS AVAILABLE FOR** | | $ | 325,216.78 | $ | 1,513,398.22 |
| | **OPERATIONS (Line 1 + Line 3)** | | | | | |
| 5 | **DISBURSMENTS** | | | | | |
| | A | Advertising | $ | 4,898.88 | $ | 7,226.70 |
| | B | Bank Charges | $ | 4,805.89 | $ | 18,334.26 |
| | C | Contract Labor | $ | 19,362.30 | $ | 96,079.19 |
| | D | Fixed Asset Payments (Not Incl. in N) | $ | - | $ | - |
| | E | Insurance | $ | 9,714.44 | $ | 138,996.30 |
| | F | Inventory Payments (See Attach. 2) | $ | - | $ | - |
| | G | Leases | $ | - | $ | - |
| | H | Manufacturing Supplies | $ | - | $ | - |
| | I | Office Supplies | $ | 9,995.96 | $ | 31,760.31 |
| | J | Payroll-Net (See Attachment 4B) | $ | 135,113.51 | $ | 697,447.49 |
| | K | Professional Fees | $ | - | $ | - |
| | L | Rent | $ | 7,159.03 | $ | 29,962.31 |
| | M | Repairs and Maintenance | $ | 3,526.48 | $ | 10,150.05 |
| | N | Secured Creditor Payments (See Attach.2) | $ | - | $ | - |
| | O | Taxes Paid-Payroll (See Attachment 4C) | $ | 44,433.24 | $ | 283,718.99 |
| | P | Taxes Paid-Sales and Use (See Attachemnt 4C) | $ | - | $ | - |
| | Q | Taxes Paid-Other (See Attachment 4C) | $ | - | $ | - |
| | R | Telephone | $ | 6,089.68 | $ | 34,492.54 |
| | S | Travel and Entertainment | $ | 1,004.77 | $ | 10,661.42 |
| | T | U.S. Trustee Quarterly Fees | $ | - | $ | 7,475.00 |
| | U | Utilities | $ | 11,792.61 | $ | 49,945.50 |
| | V | Vehicle Expense | $ | 1,480.33 | $ | 5,801.67 |
| | W | Other Operating Expenses )See MOR-3) | $ | (11,295.00) | $ | 14,211.83 |
| 6 | **TOTAL DISBURSMENTS (Sum of 5A thru W)** | | $ | 248,082.12 | $ | 1,436,263.56 |
| 7 | **ENDING BALANCE (Line 4 Minus Line 6)** | | $ | 77,134.66 | $ | 77,134.66 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___16___ day of __July__, 2014

_(Signature)_

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| FPL Refund | | $ 2,481.81 |
| Voided Check | | $ 2,341.18 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $           - | $ 4,822.99 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Return of CC payment | | $ 4,192.57 |
| Cash Expenses | | $    700.00 |
| Sales Event expenses | | $ 15,025.48 |
| Voluntary Payroll Deductions | $ 1,862.44 | $ 5,951.22 |
| Deposit on sales event | | $ 1,500.00 |
| | | |
| TOTAL OTHER DISBURSEMENTS | $ 1,862.44 | $ 27,369.27 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

# JAMES CRYSTAL, INC.

**June-2014**

## CONSOLIDATED STATEMENT OF INCOME

| James Crystal - | HOLDINGS | | SOUTH FLORIDA | ORLANDO | | |
|---|---|---|---|---|---|---|
| Station | WFTL | WFLL | WMEN | KBXD | CORP | TOTAL |
| Location | West Palm Beach FL | Ft Lauderdale | Royal Palm Beach FL | Dallas TX | | |
| **INCOME** | | | | | | |
| LOCAL | 77,553 | | 70,553 | 21,915 | | 170,021 |
| NATIONAL | | | | | | - |
| BLOCK | 36,200 | | 500 | | | 36,700 |
| SPORTS | | | 28,411 | | | 28,411 |
| NON BROADCAST | | | 6,111 | | | 6,111 |
| BILLING ADJUSTMENTS | | | | | | - |
| TOTAL | 113,753 | - | 105,575 | 21,915 | - | 241,243 |
| AGENCY COMMISSION | 2,154 | | 5,468 | (2,507) | | 5,115 |
| GROSS REVENUE | 111,599 | - | 100,107 | 24,422 | - | 236,128 |
| **EXPENSES** | | | | | | |
| PROGRAM | 33,128 | | 36,450 | 4,826 | | 74,404 |
| NEWS | 5,608 | | | | | 5,608 |
| TECHNICAL | 11,665 | | 5,150 | 6,141 | | 22,956 |
| SALES | 29,639 | | 28,368 | | | 58,007 |
| PROMOTION | 1,500 | | 612 | - | | 2,112 |
| G & A | 43,343 | 155 | 15,739 | 6,373 | 24,248 | 89,858 |
| TOTAL | 124,883 | 155 | 86,319 | 17,340 | 24,248 | 252,945 |
| **NET OPERATING REVENUE** | (13,284) | (155) | 13,788 | 7,082 | (24,248) | (16,817) |
| **OTHER INCOME & EXPENSE** | | | | | | |
| RENTAL INCOME | | | | | | - |
| INTEREST INCOME | | | | | | - |
| GAIN ON SALE OF ASSETS | | | | | | - |
| RECOVERY OF BAD DEBTS | | | | | | - |
| MISCELLANEOUS INCOME | | | | | | - |
| DEPRECIATION | 4,196 | | | 2,571 | 969 | 7,736 |
| INTEREST EXPENSE | | | | | 447 | 447 |
| DONATIONS | | | | | | - |
| BAD DEBT EXPENSE | 23,425 | | | | | 23,425 |
| MANAGEMENT SPLIT | | | | | | - |
| AMORTIZATION OF LOAN FEES | | | | | | - |
| WFF LOAN EXPENSES | | | | | | - |
| AMORTIZATION | 3,295 | 20,815 | | 2,577 | | 26,687 |
| TOTAL OTHER | (30,916) | (20,815) | - | (5,148) | (1,416) | (58,295) |
| **NET INCOME (LOSS)** | (44,200) | (20,970) | 13,788 | 1,934 | (25,664) | (75,112) |

# JAMES CRYSTAL, INC.

## CONSOLIDATED STATEMENT OF INCOME
## FOR THE SIX MONTHS ENDED JUNE 30, 2014

| James Crystal - Station Location | HOLDINGS WFTL West Palm Beach FL | WFLL Ft Lauderdale | SOUTH FLORIDA WMEN Royal Palm Beach FL | ORLANDO KBXD Dallas TX | CORP | TOTAL |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| LOCAL | 717,621 | | 450,117 | 134,950 | | 1,302,688 |
| NATIONAL | | | | | | - |
| BLOCK | 176,265 | 5,000 | 31,275 | | | 212,540 |
| SPORTS | | | 111,599 | | | 111,599 |
| NON BROADCAST | 56,505 | | 26,562 | | | 83,067 |
| BILLING ADJUSTMENTS | | | | | | - |
| TOTAL | 950,391 | 5,000 | 619,553 | 134,950 | - | 1,709,894 |
| AGENCY COMMISSION | 19,417 | | 28,092 | 3,548 | | 51,057 |
| GROSS REVENUE | 930,974 | 5,000 | 591,461 | 131,402 | - | 1,658,837 |
| **EXPENSES** | | | | | | |
| PROGRAM | 198,129 | 147 | 263,098 | 24,404 | | 485,778 |
| NEWS | 32,875 | | | | | 32,875 |
| TECHNICAL | 63,353 | 1,734 | 21,806 | 35,889 | | 122,782 |
| SALES | 148,981 | | 168,386 | 2,578 | | 319,945 |
| PROMOTION | 29,496 | | 20,375 | | | 49,871 |
| G & A | 288,429 | 990 | 123,002 | 48,516 | 299,057 | 759,994 |
| TOTAL | 761,263 | 2,871 | 596,667 | 111,387 | 299,057 | 1,771,245 |
| NET OPERATING REVENU | 169,711 | 2,129 | (5,206) | 20,015 | (299,057) | (112,408) |
| **OTHER INCOME & EXPENSE** | | | | | | |
| RENTAL INCOME | | | | | | - |
| INTEREST INCOME | | | | | | - |
| RECOVERY OF BAD DEBTS | | | | | | - |
| GAIN ON SALE OF ASSETS | | | | | | - |
| MISCELLANEOUS INCOME | | | | | | - |
| DEPRECIATION | 25,176 | | | 15,429 | 5,815 | 46,420 |
| INTEREST EXPENSE | | | | | 2,123 | 2,123 |
| DONATIONS | | | | | | - |
| BAD DEBT EXPENSE | 23,875 | | 1,496 | | | 25,371 |
| MANAGEMENT SPLIT | | | | | | - |
| AMORTIZATION OF LOAN FEES | | | | | | - |
| WFF LOAN EXPENSES | | | | | | - |
| AMORTIZATION | 19,772 | 124,891 | | 15,461 | | 160,124 |
| TOTAL OTHER | (68,823) | (124,891) | (1,496) | (30,890) | (7,938) | (234,038) |
| NET INCOME (LOSS) | 100,888 | (122,762) | (6,702) | (10,875) | (306,995) | (346,446) |

## JAMES CRYSTAL, INC.

**BALANCE SHEET**
6/30/2014
COMBINED

| | HOLDINGS | SOUTH FLORIDA | ORLANDO | SOLD PHOENIX | PRODUCTION | CORPORATE | COMBINED |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| PETTY CASH | | | | | | | $ |
| CASH ON HAND | | | | | | $ 77,134.66 | $ 77,134.66 |
| CASH ON DEPOSIT-COURTS | | | | | | | $ |
| ACCOUNTS RECEIVABLE | $ 111,186.01 | $ 351,816.51 | $ 61,549.28 | | $ 139,113.68 | $ (7,801.96) | $ 655,863.52 |
| MISCELLANEOUS RECEIVABLES | | | | | | | $ |
| PREPAID EXPENSES | $ 1,618.00 | | $ (1,110.00) | $ - | | $ 155,947.97 | $ 156,455.97 |
| PREPAID INSURANCE | | | | | | | $ |
| ADVANCES TO JC HILLIARD | | | | | | $ 683,608.83 | $ 683,608.83 |
| RECEIVABLE INTERCOMPANY | $ 21,922,855.24 | $ (3,795,596.89) | $ (717,279.84) | $ 5,886,274.25 | $ (1,157,967.78) | $ (22,141,244.14) | $ (2,959.16) |
| ADVANCES TO KEY EMPLOYEES | | | | | | $ 55,000.00 | $ 55,000.00 |
| RECEIVABLE FROM RELATED COMPANIES | | | | | | $ 1,484,299.95 | $ 1,484,299.95 |
| INVESTMENT IN SUBSIDIARIES | | | | | $ 210,000.00 | $ 4,064,061.47 | $ 4,274,061.47 |
| STATION SALE CASH PROCEEDS | | | | | | | $ |
| DEPOSITS | | | | | | | $ |
| | $ 22,035,659.25 | $ (3,443,780.38) | $ (656,840.56) | $ 5,886,274.25 | $ (808,854.10) | $ (15,628,993.22) | $ 7,383,465.24 |
| **FIXED ASSETS** | | | | | | | |
| LAND | $ 50,000.00 | $ 110,500.00 | | | | | $ 160,500.00 |
| BUILDINGS | $ 73,511.00 | $ 872.33 | $ 58,029.25 | | | | $ 132,412.58 |
| LEASEHOLD IMPROVEMENTS | $ 88,887.77 | $ 7,835.19 | | | $ 993.81 | $ 181,892.28 | $ 279,609.05 |
| TOWER & ANTENNA | $ 660,827.75 | $ 73,294.44 | $ 392,716.00 | | | | $ 1,126,838.19 |
| TRANSMITTER EQUIPMENT | $ 576,291.44 | $ 151,842.68 | $ 303,634.50 | | | | $ 1,031,768.62 |
| STUDIO EQUIPMENT | $ 217,486.34 | $ 56,816.60 | $ 42,845.35 | | $ 39,040.18 | | $ 356,188.47 |
| OFFICE FURNITURE & EQUIPMENT | $ 2,315.07 | $ 4,340.15 | $ 3,000.00 | | $ 3,075.17 | $ 173,807.04 | $ 186,537.43 |
| COMPUTER EQUIPMENT | | | | | $ 9,579.40 | $ 77,504.25 | $ 87,083.65 |
| VEHICLES | $ 58,253.00 | | | | | $ 16,500.00 | $ 74,753.00 |
| CONSTRUCTION IN PROGRESS | | | $ 40,354.59 | | | | $ 40,354.59 |
| ACCUMULATED DEPRECIATION | $ (1,379,152.82) | $ (273,165.78) | $ (550,936.48) | | | $ (389,796.51) | $ (2,593,051.59) |
| | $ 348,419.55 | $ 132,335.61 | $ 289,643.21 | $ - | $ 52,688.56 | $ 59,907.06 | $ 882,993.99 |
| GOODWILL | $ (283,488.89) | | $ 30,923.35 | | | | $ (252,565.54) |
| INVESTMENT IN STATIONS | | | | | | | $ - |
| | $ (283,488.89) | $ - | $ 30,923.35 | $ - | $ - | $ - | $ (252,565.54) |
| **TOTAL ASSETS** | $ 22,100,589.91 | $ (3,311,444.77) | $ (336,274.00) | $ 5,886,274.25 | $ (756,165.54) | $ (15,569,086.16) | $ 8,013,893.69 |
| **CURRENT LIABILITIES** | | | | | | | |
| ACCOUNTS PAYABLE | | | | | $ 1,886.68 | $ 3,220,020.72 | $ 3,221,907.40 |
| SALES TAX PAYABLE | | | | | | | $ |
| LOAN PAYABLE TO JCH | $ 1,035,161.54 | | | $ 1,666,022.19 | | $ (206,709.83) | $ 2,494,473.90 |
| PAYABLE TO JCH ENTITY | | | | | | $ 6,017,657.01 | $ 6,017,657.01 |
| LOAN PAYABLE TO S SMITH | | | | | | $ 104,280.17 | $ 104,280.17 |
| LOAN PAYABLE WFF | | | | | | $ 14,837,381.86 | $ 14,837,381.86 |
| ACCRUED BONUSES | | | | | | | $ |
| ACCRUED SALES COMMISSIONS | $ 352,170.94 | $ (225,512.56) | | | | $ 10,000.00 | $ 136,658.38 |
| ACCRUED PAYROLL TAXES | $ (30,022.09) | $ 36,898.18 | $ (54,925.29) | $ 2,535.27 | | $ 791,254.64 | $ 745,740.71 |
| ACCRUED REAL & PP TAXES | | | | | | | $ |
| ACCRUED INTEREST PAYABLE | | | | | | | $ |
| TOTAL CURRENT LIABILITIES | $ 1,357,310.39 | $ (188,614.38) | $ (54,925.29) | $ 1,668,557.46 | $ 1,886.68 | $ 24,773,884.57 | $ 27,558,099.43 |
| **EQUITY** | | | | | | | |
| PAID IN CAPITAL | | | | | | $ (401,220.00) | $ (401,220.00) |
| COMMON STOCK | | | | | | | $ |
| TREASURY STOCK | | | | | | | $ |
| RETAINED EARNINGS | $ 20,765,153.25 | $ (3,116,128.29) | $ (270,473.84) | $ 4,217,716.79 | $ (758,052.22) | $ (39,634,755.83) | $ (18,796,540.14) |
| CURRENT YEAR PROFIT | $ (21,873.73) | $ (6,702.10) | $ (10,874.87) | | | $ (306,994.90) | $ (346,445.60) |
| TOTAL EQUITY | $ 20,743,279.52 | $ (3,122,830.39) | $ (281,348.71) | $ 4,217,716.79 | $ (758,052.22) | $ (40,342,970.73) | $ (19,544,205.74) |
| TOTAL LIABILITIES AND EQUITY | $ 22,100,589.91 | $ (3,311,444.77) | $ (336,274.00) | $ 5,886,274.25 | $ (756,165.54) | $ (15,569,086.16) | $ 8,013,893.69 |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: _____JAMES CRYSTAL, INC_____ Case Number: _14-12151-RBR_

Reporting Period beginning ___6/1/2014___ Period ending _6/30/2014_

ACCOUNTS RECEIVABLE AT PETITION DATE$ _____586,651.42_____

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ | 525,423.37 (a) |
| PLUS: Current Month New Billings | | 245,461.74 |
| MINUS: Collection During the Month | $ | (210,372.57) (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | (35,960.74) * |
| End of Month Balance | $ | 524,551.80 (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 100,438.90 | $ 48,022.50 | $ 41,122.15 | $ 214,879.11 | $ 404,462.66 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: _____JAMES CRYSTAL, INC_____     Case Number: _14-12151-RBR_

Reporting Period beginning ____6/1/2014____     Period ending ___6/30/2014____

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | SEE ATTACHED AGING | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

| ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only) | | |
|---|---|---|
| Opening Balance | $ | 21,583.05 (a) |
| PLUS: New Indebtedness Incurred This Month | $ | 20,525.68 |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | (21,583.05) |
| PLUS/MINUS: Adjustments | $ | - * |
| Ending Month Balance | $ | 20,525.68 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

Accounts Payable Aged Invoice Report
Sorted by Vendor Number
Open Incvoices - Aged by Invoice Date - As of 06/30/2014
JAMES CRYSTAL, INC.

Vendor Number/Name

|  | Total | Current | 30 day | 60 day |
|---|---|---|---|---|
| 0001850 ATT |  |  |  |  |
| 0001700 ASCAP | 1,149.00 | 1,149.00 |  |  |
| 0001855 ATT PRO CABS | 274.90 |  | 274.90 |  |
| 0003400 CIT TECHNOLOGIES | 376.06 |  | 376.06 |  |
| 0006400 FLORIDA POWER AND LIGHT | 3,370.35 | 3,370.35 |  |  |
| 0009450 IMPERIAL PREMIUM FINANCE | 8,735.18 | 8,735.18 |  |  |
| 0009460 INFINITY SOUND | 3,000.00 | 3,000.00 |  |  |
| 0013222 MCGAVREN GUILD | 120.49 |  | 120.49 |  |
| 0013410 MILLER KAPLAN | 400.00 |  | 400.00 |  |
| 0019225 SCOTT TRAFFIC | 600.00 | 600.00 |  |  |
| 0023450 WINDSTREAM | 1,849.70 | 1,849.70 |  |  |
| 0023675 THOMAS WHOOLLEY | 650.00 | 650.00 |  |  |
|  | 20,525.68 | 19,354.23 | 1,171.45 | 0.00 |

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: ___JAMES CRYSTAL, INC___                    Case Number: _____14-12151-RBR

Reporting Period beginning _____6/1/2014_____             Period ending _____6/30/2014___

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                       $____No Inventory_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $_____(a)
    PLUS: Inventory Purchased During Month           $_____
    MINUS: Inventory Used or Sold                    $_____
    PLUS/MINUS: Adjustments or Write-downs            $_____ *
    Inventory on Hand at End of Month          $_____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory:_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ___Unknown_____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month       $   $ 890,730.73    (a)(b)
    MINUS: Depreciation Expense                    $   $ (7,736.74)
    PLUS: New Purchases                            $   $      -
    PLUS/MINUS: Adjustments or Write-downs          $   $      -     *
Ending Monthly Balance                             $   $ 882,993.99

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: JAMES CRYSTAL, INC            Case Number: 14-12151-RBR

Reporting Period beginning _____6/1/2014_____            Period ending ____6/30/2014____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: ____SUNTRUST____            BRANCH: ____LIGHTHOUSE POINT____

ACCOUNT NAME: JAMES CRYSTAL OPERATING            ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 71,577.40 |
| Plus Total Amount of Outstanding Deposits | $ | 6,855.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | (5,685.52) * |
| Minus Service Charges | $ | (54.82) |
| Ending Balance per Check Register | $ | 72,692.06 **(a) |

*Debit cards are used by____DEBIT CARDS NOT USED_____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: (□ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).



SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 7
36/F00/0175/0  /40

06/30/2014
0000

# SUNTRUST

Account
Statement

JAMES CRYSTAL, INC.
OPERATING ACCOUNT
DEBTOR-IN-POSSESSION, CASE#14-12151-RBR
2100 PARK CENTRAL BLVD N STE 100
POMPANO BEACH FL 33064

Questions? Please call
1-800-786-8787

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCAL GUIDANCE.
WE VALUE YCU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM.

| Account Summary | Account Type | Account Number | | Statement Period |
|---|---|---|---|---|
| | TOTAL BUSINESS BANKING | | | 06/01/2014 - 06/30/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $29,229.19 | Average Balance | $39,691.26 |
| Deposits/Credits | $286,115.33 | Average Collected Balance | $34,343.83 |
| Checks | $55,992.57 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $197,446.63 | | |
| Ending Balance | $61,905.32 | | |

## Deposits/ Credits

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 06/02 | 40,757.50 | | DEPOSIT | 06/19 | 10,574.06 | DEPOSIT |
| 06/12 | 7,080.00 | | DEPOSIT | 06/20 | 1,413.00 | DEPOSIT |
| 06/12 | 24,894.73 | | DEPOSIT | 06/23 | 19,139.58 | DEPOSIT |
| 06/17 | 6,037.26 | | DEPOSIT | 06/25 | 3,896.00 | DEPOSIT |
| 06/17 | 6,468.00 | | DEPOSIT | 06/27 | 11,400.00 | DEPOSIT |

| | | |
|---|---|---|
| 06/05 | 39,481.86 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/05 | 5,638.00 | ATM DEPOSIT |
| 06/12 | 23,336.35 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/19 | 17,150.73 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/23 | 4,295.60 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/23 | 5,764.97 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/25 | 4,313.95 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/26 | 2,487.50 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/30 | 10,802.68 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| 06/30 | 41,183.56 | *ELECTRONIC/ACH CREDIT* |
| | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |

Deposits/Credits:  20                    Total Items Deposited: 59

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 2122 | 300.00 | 06/18 | 2149 | 979.26 | 06/13 | 2155 | 376.06 | 06/10 |
| ×2137 | 189.00 | 06/02 | 2150 | 600.00 | 06/09 | 2156 | 215.45 | 06/12 |
| ×2145 | 1,050.00 | 06/02 | 2151 | 285.94 | 06/09 | 2157 | 2,574.00 | 06/17 |
| 2146 | 1,572.65 | 06/02 | 2152 | 1,530.84 | 06/10 | 2158 | 140.00 | 06/12 |
| 2147 | 348.28 | 06/12 | 2153 | 820.63 | 06/09 | 2159 | 1,884.45 | 06/12 |
| 2148 | 5,844.84 | 06/10 | 2154 | 170.49 | 06/09 | 2160 | 1,636.61 | 06/09 |

Member FDIC
Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183



Account
Statement



| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 2161 | 240.00 | 06/09 | 2169 | 401.40 | 06/10 | 2177 | 1,529.88 | 06/16 |
| | 2162 | 5,200.00 | 06/05 | 2170 | 3,949.10 | 06/09 | 2178 | 386.47 | 06/17 |
| | 2163 | 4,351.23 | 06/09 | 2171 | 76.48 | 06/11 | *2180 | 250.00 | 06/23 |
| | 2164 | 2,688.44 | 06/05 | 2172 | 2,228.42 | 06/11 | 2181 | 250.00 | 06/27 |
| | 2165 | 250.00 | 06/10 | 2173 | 1,000.00 | 06/12 | 2182 | 1,050.00 | 06/30 |
| | 2166 | 1,850.00 | 06/09 | 2174 | 209.88 | 06/23 | 2183 | 2,500.00 | 06/30 |
| | 2167 | 5,000.00 | 06/09 | 2175 | 250.00 | 06/16 | | | |
| | 2168 | 762.77 | 06/09 | 2176 | 1,050.00 | 06/13 | | | |

Checks: 40

*Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 06/02 | 17,356.87 | | ONLINE BANKING TRANSFER TO 0175 1000170332968 |
| | 06/02 | 35.00 | | ELECTRONIC/ACH DEBIT |
| | | | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| | 06/03 | 2.05 | | ELECTRONIC/ACH DEBIT |
| | | | | ATT    Payment    415035002EVR1C |
| | 06/03 | 817.29 | | ELECTRONIC/ACH DEBIT |
| | | | | ATT    Payment    431013002EVR1C |
| | 06/04 | 1.08 | | ELECTRONIC/ACH DEBIT |
| | | | | HRTLAND PMT SYS    TXNS/FEES    650000003351262 |
| | 06/05 | 8,735.18 | | ELECTRONIC/ACH DEBIT |
| | | | | IPFS866-412-2426    IPFSPMTILC    74173 |
| | 06/09 | 625.58 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    4376040327 WEBI |
| | 06/09 | 1,126.68 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    5726410326 WEBI |
| | 06/09 | 1,740.02 | | ELECTRONIC/ACH DEBIT |
| | | | | FPL DIRECT DEBIT    ELEC PYMT    3724503234 WEBI |
| | 06/12 | 65,329.57 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | 06/13 | 11,639.40 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | 06/18 | 306.28 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT 20140617.G35373 |
| | 06/18 | 306.28 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT 20140617.G35373 |
| | 06/18 | 624.94 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT 20140617.G35373 |
| | 06/18 | 624.94 | | ELECTRONIC/ACH DEBIT |
| | | | | AMERICAN UNITED    PENSIONPMT 20140617.G35373 |
| | 06/19 | 1,803.95 | | ELECTRONIC/ACH DEBIT |
| | | | | GM CARD SRVCS    Online Pmt    000001715772975 |
| | 06/19 | 27,922.96 | | ONLINE BANKING TRANSFER TO 0175 1000170332968 |
| | 06/26 | 304.02 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |
| | 06/27 | 58,144.54 | | ONLINE BANKING TRANSFER TO 0175 1000170332976 |

Withdrawals/Debits: 19

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 06/01 | 29,229.19 | 29,229.19 | 06/16 | 16,765.11 | 16,765.11 |
| | 06/02 | 49,783.17 | 9,026.17 | 06/17 | 26,309.90 | 13,804.90 |
| | 06/03 | 48,963.83 | 48,963.83 | 06/18 | 21,919.04 | 21,919.04 |
| | 06/04 | 48,962.75 | 48,962.75 | 06/19 | 19,916.92 | 9,342.92 |
| | 06/05 | 77,458.99 | 71,820.99 | 06/20 | 21,329.92 | 20,579.92 |
| | 06/06 | 77,458.99 | 77,458.99 | 06/23 | 50,070.19 | 30,931.19 |
| | 06/09 | 54,299.94 | 54,299.94 | 06/24 | 50,070.19 | 50,070.19 |
| | 06/10 | 45,896.80 | 45,896.80 | 06/25 | 58,280.14 | 54,384.14 |
| | 06/11 | 45,820.32 | 45,820.32 | 06/26 | 60,463.62 | 60,463.62 |
| | 06/12 | 32,213.65 | 749.65 | 06/27 | 13,469.08 | 2,069.08 |
| | 06/13 | 18,544.99 | 18,544.99 | 06/30 | 61,905.32 | 61,905.32 |

**ATTACHMENT 4B**

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _____JAMES CRYSTAL, INC_____ Case Number: ___14-12151-RBR___

Reporting Period beginning ___6/1/2014___ Period ending ___6/30/2014___

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity. A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: ___SUNTRUST___ BRANCH: ___LIGHTHOUSE POINT___

ACCOUNT NAME: ___JAMES CRYSTAL PAYROLL___ ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 88.00 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 88.00 **(a) |

\*Debit cards must not be issued on this account.

\*\*If Closing Balance is negative, provide explanation:_____

The following disbursements were paid by Cash:  ( □ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).



SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

## Account Statement

JAMES CRYSTAL, INC.
PAYROLL ACCOUNT
DEBTOR-IN-POSSESSION, CASE #14-12151-RBR
2100 PARK CENTRAL BLVD N STE 100
POMPANO BEACH FL 33064

Questions? Please call
1-800-786-8787

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCAL GUIDANCE,
WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | PRIMARY BUSINESS CHECKING | | 06/01/2014 - 06/30/2014 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $845.51 | Average Balance | $1,324.81 |
| Deposits/Credits | $135,417.53 | Average Collected Balance | $1,324.81 |
| Checks | $1,503.62 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $134,671.42 | | |
| Ending Balance | $88.00 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 06/12 | 65,329.57 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| 06/13 | 11,639.40 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| 06/26 | 304.02 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |
| 06/27 | 58,144.54 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 |

Deposits/Credits: 4          Total Items Deposited: 0

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 5287 | 247.56 | 06/02 | 5289 | 177.32 | 06/02 | 5291 | 435.92 | 06/16 |
| 5288 | 320.63 | 06/03 | 5290 | 189.92 | 06/16 | ×5294 | 132.27 | 06/30 |

Checks: 6          ×Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/12 | 64,703.73 | | ACH PREFUNDING SETTLEMENT<br>JAMES CRYSTAL          ACH PRFUND  -SETT-A.OTMCORP |
| 06/16 | 11,639.40 | | ACH PREFUNDING SETTLEMENT<br>JAMES CRYSTAL          ACH PRFUND  -SETT-A.OTMCORP |
| 06/19 | 304.02 | | ACCOUNT ANALYSIS FEE |
| 06/27 | 58,012.27 | | ACH PREFUNDING SETTLEMENT<br>JAMES CRYSTAL          ACH PRFUND  -SETT-A.OTMCORP |
| 06/30 | 12.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 5

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 845.51 | 845.51 | 06/16 | 100.00 | 100.00 |
| 06/02 | 420.63 | 420.63 | 06/19 | 204.02- | 204.02- |
| 06/03 | 100.00 | 100.00 | 06/26 | 100.00 | 100.00 |
| 06/12 | 725.84 | 725.84 | 06/27 | 232.27 | 232.27 |
| 06/13 | 12,365.24 | 12,365.24 | 06/30 | 88.00 | 88.00 |

Member FDIC          Continued on next page

## ATTACHMENT 5B

## CHECK REGISTER - PAYROLL ACCOUNT

| Name of Debtor JAMES CRYSTAL, INC | | Case Number: | 14-12151-RBR |
|---|---|---|---|
| Report Period Beginning | 6/1/2014 | Report Period Ending | 6/30/2014 |
| NAME OF BANK | SUNTRUST BANK | | |
| ACCOUNT NUMBER | | | |
| PURPOSE OF ACCOUNT | PAYROLL | | |

| DATE | | CHECK NUMBER | PAYEE | | AMOUNT |
|---|---|---|---|---|---|
| 6/15/2014 | CHECK | 5290 | | $ | 189.92 |
| 6/15/2014 | CHECK | 5291 | | $ | 435.92 |
| 6/15/2014 | CHECK | 5292 | | $ | - |
| 6/15/2014 | ADJUSTMENT | | P/R DIR DEP | $ | 64,703.73 |
| 6/15/2014 | ADJUSTMENT | | P/R DIR DEP | $ | 11,639.40 |
| 6/30/2014 | CHECK | 5293 VOID | | $ | - |
| 6/30/2014 | CHECK | 5294 | | $ | 132.27 |
| 6/30/2014 | ADJUSTMENT | | P/R DIR DEP | $ | 58,012.27 |

| | | NET PAYROLL | $ | 135,113.51 |
|---|---|---|---|---|
| 6/19/2014 | BANK FEE | | $ | 304.02 |
| 6/30/2014 | ACCOUNT FEE | | $ | 12.00 |
| | | SERVICE CHARGES | $ | 316.02 |
| | | TOTAL DISBURSMENTS | $ | 135,429.53 |

Adjustment = net direct deposit transactions.

**ATTACHMENT 4C**

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _____JAMES CRYSTAL, INC_____        Case Number: 14-12151-RBR

Reporting Period beginning _____6/1/2014_____        Period ending _6/30/2014_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: SUNTRUST_____        BRANCH: _____LIGHTHOUSE POINT_____

ACCOUNT NAME: JAMES CRYSTAL TAX_____        ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 3,554.60 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Oustanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 3,554.60 **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

_____

The following disbursements were paid by Cash:  (☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: ____JAMES CRYSTAL, INC._____     Case Number: __14-12151-RBR__

Reporting Period beginning __6/1/2014__     Period ending __6/30/2014__

NAME OF BANK: __SUNTRUST_____     BRANCH: ____LIGHTHOUSE POINT__

ACCOUNT NAME: __JAMES CRYSTAL, INC.___     ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------|-------|---------|--------|
| 6/3/2014 | EFT | US TAX PAYMENT (941) | | $ 16,869.71 |
| 6/20/2014 | EFT | US TAX PAYMENT (941) | | $ 27,563.53 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                             $   44,433.24 (d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                          $   44,433.24 (a)
Sales & Use Taxes Paid                    $          -    (b)
Other Taxes Paid                           $          -    (c)
TOTAL                                         $   44,433.24 (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183


**SUNTRUST**

Account
Statement

JAMES CRYSTAL, INC.
TAX ACCOUNT
DEBTOR-IN-POSSESSION, CASE #14-12151-RBR
2100 PARK CENTRAL BLVD N STE 100
POMPANO BEACH FL 33064

Questions? Please call
1-800-786-8787

HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
WITH OUR VARIETY OF SOLUTIONS AND FINANCAL GUIDANCE.
WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
LEARN MORE AT SUNTRUST.COM.

| Account Summary | Account Type | | Account Number | | | Statement Period |
|---|---|---|---|---|---|---|
| | PRIMARY BUSINESS CHECKING | | | | | 06/01/2014 - 06/30/2014 |

| | Description | Amount | Description | | | Amount |
|---|---|---|---|---|---|---|
| | Beginning Balance | $2,708.01 | Average Balance | | | $4,803.81 |
| | Deposits/Credits | $45,279.83 | Average Collected Balance | | | $4,803.81 |
| | Checks | $.00 | Number of Days in Statement Period | | | 30 |
| | Withdrawals/Debits | $44,433.24 | | | | |
| | Ending Balance | $3,554.60 | | | | |

| Deposits/ Credits | Date | Amount | Serial # | Description | | | |
|---|---|---|---|---|---|---|---|
| | 06/02 | 17,356.87 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 | | | |
| | 06/19 | 27,922.96 | | ONLINE BANKING TRANSFER FROM 0175 1000170332950 | | | |
| | Deposits/Credits: 2 | | | Total Items Deposited: 0 | | | |

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | | |
|---|---|---|---|---|---|---|---|
| | 06/03 | 16,869.71 | | *ELECTRONIC/ACH DEBIT* IRS | | USATAXPYMT 270455400492264 | |
| | 06/20 | 27,563.53 | | *ELECTRONIC/ACH DEBIT* IRS | | USATAXPYMT 270457132771993 | |
| | Withdrawals/Debits: 2 | | | | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 06/01 | 2,708.01 | 2,708.01 | 06/19 | 31,118.13 | 31,118.13 |
| | 06/02 | 20,064.88 | 20,064.88 | 06/20 | 3,554.60 | 3,554.60 |
| | 06/03 | 3,195.17 | 3,195.17 | | | |

115403                          Member FDIC                     Continued on next page

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

#### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable NO INVESTMENT ACCOUNTS

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                                                    $ _____ - _____ (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand (Column 2) and At End of Month | (Column 4) Difference between (Column 3) |
|---|---|---|---|
| NO PETTY CASH | | | |
| | | | |
| | | | |

**TOTAL**                                   $ _____ - (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation** _____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**   $ _____   $ _____ -
(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: JAMES CRYSTAL INC.      Case Number: 14-12151-RBR

Reporting Period beginning 6/1/2014      Period ending 6/30/2014

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 7/3/2014 | 941 TAX | $ 17,157.65 | 4/30/2014 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 17,157.65 | | |

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

#### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: ___JAMES CRYSTAL, INC___      Case Number: ___14-12151-RBR___

Reporting Period beginning ___6/1/2014___    Period ending ___6/30/2014___

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| James C. Hilliard | President | Payroll | $ 16,666.68 |
| James W. Hillaird | VP | Payroll | $ 6,083.34 |
| Richard C. Hindes | VP | Payroll | $ 7,083.34 |
| | | | |
| | | | |

#### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 34 | 8 |
| Number hired during the period | 0 | 1 |
| Number terminated or resigned during period | -2 | 0 |
| Number of employees on payroll at end of period | 32 | 9 |

#### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Regions Insurance | | 35798481 | Gen Liability | 3/1/2015 | 5/1/2014 |
| Regions Insurance | | 735233287 | Auto | 3/1/2015 | 5/1/2014 |
| Regions Insurance | | 79818001 | Umbrella | 3/1/2015 | 5/1/2014 |
| Regions Insurance | | 71702758 | WC | 3/1/2015 | 5/1/2014 |
| 800 842-7002 | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-16

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before_____.